IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
NO. 1:16-CV-1026

| | |
|---|---|
| COMMON CAUSE, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>ROBERT A. RUCHO, in his official )<br>capacity as Chairman of the North )<br>Carolina Senate Redistricting Committee )<br>for the 2016 Extra Session and Co- )<br>Chairman of the Joint Select Committee )<br>on Congressional Redistricting, *et al.*, )<br>)<br>Defendants. ) | **DEFENDANTS' MOTION TO DISMISS** |

Pursuant to Rule 12(b)(6), Fed. R. Civ. P., Defendants hereby move to dismiss plaintiffs' amended complaint.

Defendants are filing a supporting memorandum in support of this motion.

Respectfully submitted this 31st day of October, 2016.

> OGLETREE, DEAKINS, NASH
> SMOAK & STEWART, P.C.
>
> /s/ Thomas A. Farr
> Thomas A. Farr
> N.C. State Bar No. 10871
> Phillip J. Strach
> N.C. State Bar No. 29456
> thomas.farr@ogletreedeakins.com
> phil.strach@ogletreedeakins.com
> 4208 Six Forks Road, Suite 1100
> Raleigh, North Carolina 27609
> Telephone: (919) 787-9700
> Facsimile: (919) 783-9412
> *Co-counsel for Defendants*

NORTH CAROLINA DEPARTMENT OF JUSTICE

By: /s/ Alexander McC. Peters
Alexander McC. Peters
Senior Deputy Attorney General
N.C. State Bar No. 13654
apeters@ncdoj.gov
N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602
Telephone: (919) 716-6900
Facsimile: (919) 716-6763
*Counsel for Defendants*

# CERTIFICATE OF SERVICE

I, Thomas A. Farr, hereby certify that I have this day electronically filed the foregoing **Defendants' Motion to Dismiss** with the Clerk of Court using the CM/ECF system which will provide electronic notification of the same to the following:

Edwin M. Speas, Jr.
Carolina P. Mackie
Poyner Spruill LLP
P.O. Box 1801 (27602-1801)
301 Fayetteville St., Suite 1900
Raleigh, NC 27601
espeas@poynerspruill.com
cmackie@poymerspruill.com
*Attorneys for Plaintiffs*

Gregory L. Diskant
Susan Millenky
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036
gldiskant@pbwt.com
smillenky@pbwt.com
*Attorneys for Plaintiffs*

Emmet J. Bondurant
Jason J. Carter
Benjamin W. Thorpe
Bondurant, Mixson & Elmore, LLP
1201 W. Peachtree Street, NW, Suite 3900
Atlanta, Georgia 30309
bondurant@bmelaw.com
carter@bmelaw.com
bthorpe@bmelaw.com
*Attorneys for Plaintiffs*

This the 31st day of October, 2016.

OGLETREE, DEAKINS, NASH
SMOAK & STEWART, P.C.

/s/ Thomas A. Farr
Thomas A. Farr
N.C. State Bar No. 10871
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609
Telephone: 919.787.9700
Facsimile: 919.783.9412
thomas.farr@odnss.com
*Co-Counsel for Defendants*

3

Case 1:16-cv-01026-WO-JEP   Document 28   Filed 10/31/16   Page 3 of 4