# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| COMMON CAUSE, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ROBERT A. RUCHO, in his official ) <br> capacity as Chairman of the North ) <br> Carolina Senate Redistricting Committee ) <br> for the 2016 Extra Session and Co- ) <br> Chairman of the Joint Select Committee ) <br> on Congressional Redistricting, *et al.*, ) <br> ) <br> Defendants. ) | CIVIL ACTION <br> NO. 1:16-CV-1026-WO-JEP <br><br> THREE-JUDGE COURT |
| League of Women Voters of North ) <br> Carolina, *et al.,* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> Robert A. Rucho, in his official capacity ) <br> as Chairman of the North Carolina ) <br> Senate Redistricting Committee for the ) <br> 2016 Extra Session and Co-Chairman of ) <br> the 2016 Joint Select Committee on ) <br> Congressional Redistricting, *et al.,* ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION <br> NO. 1:16-CV-1164-WO-JEP <br><br> THREE JUDGE PANEL |

# DEFENDANTS' MOTION TO DISMISS FIRSTAMENDED COMPLAINT FILED BY LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA ("LWVNC") PLAINTIFFS IN CASE NO. 1:16-CV-1164

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants hereby move to dismiss Plaintiff LWVNC's first amended complaint.

Defendants are filing a supporting memorandum in support of this motion.

Respectfully submitted this 21st day of February, 2017.

        NORTH CAROLINA DEPARTMENT OF JUSTICE

        By: /s/ Alexander McC. Peters
        Alexander McC. Peters
        Senior Deputy Attorney General
        N.C. State Bar No. 13654
        apeters@ncdoj.gov
        James Bernier, Jr.
        Assistant Attorney General
        N.C. State Bar No. 45869
        jbernier@ncdoj.gov
        N.C. Department of Justice
        P.O. Box 629
        Raleigh, NC 27602
        Telephone: (919) 716-6900
        Facsimile: (919) 716-6763
        *Counsel for Defendants*

OGLETREE, DEAKINS, NASH
SMOAK & STEWART, P.C.

/s/ Thomas A. Farr
Thomas A. Farr
N.C. State Bar No. 10871
Phillip J. Strach
N.C. State Bar No. 29456
Michael D. McKnight
N.C. State Bar No. 36932
thomas.farr@ogletreedeakins.com
phil.strach@ogletreedeakins.com
michael.mcknight@ogletreedeakins.com
4208 Six Forks Road, Suite 1100
Raleigh, North Carolina 27609
Telephone: (919) 787-9700
Facsimile: (919) 783-9412
*Co-counsel for Defendants*

# CERTIFICATE OF SERVICE

I, Thomas A. Farr, hereby certify that I have this day electronically filed the foregoing **DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT FILED BY LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA ("LWVNC") PLAINTIFFS IN CASE NO. 1:16-CV-1164** with the Clerk of Court using the CM/ECF system which will provide electronic notification of the same to the following:

Emily E. Seawell
Anita S. Earls
SOUTHERN COALITION FOR SOCIAL JUSTICE
1415 W. HWY. 54, STE. 101
DURHAM, NC 27707
Email: emily@southerncoalition.org
Email: anita@southerncoalition.org
*Attorneys for League of Women Voters of North Carolina Plaintiffs*

Danielle M. Lang
CAMPAIGN LEGAL CENTER
1411 K STREET NW
SUITE 1400
WASHINGTON, DC 20005
202-736-2200
Fax: 202-736-2222
Email: dlang@campaignlegalcenter.org
*Attorneys for League of Women Voters of North Carolina Plaintiffs*

Annabelle E. Harless
Ruth M. Greenwood
CAMPAIGN LEGAL CENTER
73 W. MONROE ST., STE. 322
CHICAGO, IL 60603
312-561-5508
Fax: 202-736-2222
Email: aharless@campaignlegalcenter.org
*Attorneys for League of Women Voters of North Carolina Plaintiffs*

Nicholas O. Stephanopoulos
UNIVERSITY OF CHICAGO LAW SCHOOL
1111 E 60TH STREET
CHICAGO, IL 60637
773-702-4226
Email: nsteph@uchicago.edu\
*Attorneys for League of Women Voters of North Carolina Plaintiffs*

Edwin M. Speas, Jr.
Carolina P. Mackie
Poyner Spruill LLP
P.O. Box 1801 (27602-1801)
301 Fayetteville St., Suite 1900
Raleigh, NC  27601
espeas@poynerspruill.com
cmackie@poymerspruill.com
*Attorneys for Common Cause Plaintiffs*

Gregory L. Diskant
Susan Millenky
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036
gldiskant@pbwt.com
smillenky@pbwt.com
*Attorneys for Common Cause Plaintiffs*

Emmet J. Bondurant
Jason J. Carter
Benjamin W. Thorpe
Bondurant, Mixson & Elmore, LLP
1201 W. Peachtree Street, NW, Suite 3900
Atlanta, Georgia 30309
bondurant@bmelaw.com
carter@bmelaw.com
bthorpe@bmelaw.com
*Attorneys for Common Cause Plaintiffs*

This the 21st day of February, 2017.

                      OGLETREE, DEAKINS, NASH
                      SMOAK & STEWART, P.C.

                      /s/ Thomas A. Farr

28788381.1