# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| COMMON CAUSE, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ROBERT A. RUCHO, in his official ) <br> capacity as Chairman of the North ) <br> Carolina Senate Redistricting Committee ) <br> for the 2016 Extra Session and Co- ) <br> Chairman of the Joint Select Committee ) <br> on Congressional Redistricting, *et al.*, ) <br> ) <br> Defendants. ) | CIVIL ACTION <br> NO. 1:16-CV-1026-WO-JEP <br><br> THREE-JUDGE COURT |
| League of Women Voters of North ) <br> Carolina, *et al.,* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> Robert A. Rucho, in his official capacity ) <br> as Chairman of the North Carolina ) <br> Senate Redistricting Committee for the ) <br> 2016 Extra Session and Co-Chairman of ) <br> the 2016 Joint Select Committee on ) <br> Congressional Redistricting, *et al.,* ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION <br> NO. 1:16-CV-1164-WO-JEP <br><br> THREE JUDGE PANEL |

# MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FIRSTAMENDED COMPLAINT FILED BY LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA ("LWVNC") PLAINTIFFS IN CASE NO. 1:16-CV-1164

Pursuant to Fed. R. Civ. P. 12(b)(6) and L.R. 7.3, defendants hereby move to dismiss Plaintiff LWVNC's first amended complaint. In support of their motion, defendants respectfully incorporate the arguments contained in defendants' original memorandum in support of motion to dismiss (D.E. 31), as well as arguments contained in defendants' reply brief. (D.E. 35)[1]

Respectfully submitted this 21st day of February, 2017.

        NORTH CAROLINA DEPARTMENT OF JUSTICE

        By: /s/ Alexander McC. Peters
        Alexander McC. Peters
        Senior Deputy Attorney General
        N.C. State Bar No. 13654
        apeters@ncdoj.gov
        James Bernier, Jr.
        Assistant Attorney General
        N.C. State Bar No. 45869
        jbernier@ncdoj.gov
        N.C. Department of Justice
        P.O. Box 629
        Raleigh, NC  27602
        Telephone: (919) 716-6900
        Facsimile: (919) 716-6763
        *Counsel for Defendants*

---

[1] All docket entry citations (D.E. _) denote citations to the docket in *League of Women Voters, et al v. Rucho, et al*, No. 1:16-CV-1164-WO-JEP (M.D.N.C. ) (three judge panel).

OGLETREE, DEAKINS, NASH
SMOAK & STEWART, P.C.

/s/ Thomas A. Farr
Thomas A. Farr
N.C. State Bar No. 10871
Phillip J. Strach
N.C. State Bar No. 29456
Michael D. McKnight
N.C. State Bar No. 36932
thomas.farr@ogletreedeakins.com
phil.strach@ogletreedeakins.com
michael.mcknight@ogletreedeakins.com
4208 Six Forks Road, Suite 1100
Raleigh, North Carolina 27609
Telephone: (919) 787-9700
Facsimile: (919) 783-9412
*Co-counsel for Defendants*

# CERTIFICATE OF SERVICE

I, Thomas A. Farr, hereby certify that I have this day electronically filed the foregoing **DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT FILED BY LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA ("LWVNC") PLAINTIFFS IN CASE NO. 1:16-CV-1164** with the Clerk of Court using the CM/ECF system which will provide electronic notification of the same to the following:

Emily E. Seawell
Anita S. Earls
SOUTHERN COALITION FOR SOCIAL JUSTICE
1415 W. HWY. 54, STE. 101
DURHAM, NC 27707
Email: emily@southerncoalition.org
Email: anita@southerncoalition.org
*Attorneys for League of Women Voters of North Carolina Plaintiffs*

Danielle M. Lang
CAMPAIGN LEGAL CENTER
1411 K STREET NW
SUITE 1400
WASHINGTON, DC 20005
202-736-2200
Fax: 202-736-2222
Email: dlang@campaignlegalcenter.org
*Attorneys for League of Women Voters of North Carolina Plaintiffs*

Annabelle E. Harless
Ruth M. Greenwood
CAMPAIGN LEGAL CENTER
73 W. MONROE ST., STE. 322
CHICAGO, IL 60603
312-561-5508
Fax: 202-736-2222
Email: aharless@campaignlegalcenter.org
*Attorneys for League of Women Voters of North Carolina Plaintiffs*

Nicholas O. Stephanopoulos
UNIVERSITY OF CHICAGO LAW SCHOOL
1111 E 60TH STREET
CHICAGO, IL 60637
773-702-4226
Email: nsteph@uchicago.edu\
*Attorneys for League of Women Voters of North Carolina Plaintiffs*

Edwin M. Speas, Jr.
Carolina P. Mackie
Poyner Spruill LLP
P.O. Box 1801 (27602-1801)
301 Fayetteville St., Suite 1900
Raleigh, NC  27601
espeas@poynerspruill.com
cmackie@poymerspruill.com
*Attorneys for Common Cause Plaintiffs*

Emmet J. Bondurant
Jason J. Carter
Benjamin W. Thorpe
Bondurant, Mixson & Elmore, LLP
1201 W. Peachtree Street, NW, Suite 3900
Atlanta, Georgia 30309
bondurant@bmelaw.com
carter@bmelaw.com
bthorpe@bmelaw.com
*Attorneys for Common Cause Plaintiffs*

Gregory L. Diskant
Susan Millenky
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036
gldiskant@pbwt.com
smillenky@pbwt.com
*Attorneys for Common Cause Plaintiffs*

This the 21st day of February, 2017.

                                      OGLETREE, DEAKINS, NASH
                                      SMOAK & STEWART, P.C.

                                      /s/ Thomas A. Farr

28788700.1