IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| COMMON CAUSE, *et al.*,<br><br>PLAINTIFFS,<br><br>v.<br><br>ROBERT A. RUCHO, in his official capacity as Chairman of the North Carolina Senate Redistricting Committee for the 2016 Extra Session and Co-Chairman of the Joint Select Committee on Congressional Redistricting, *et al.*,<br><br>DEFENDANTS. | **LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA PLAINTIFFS' GOOD FAITH NON-BINDING WITNESS LIST**<br><br>CIVIL ACTION<br>NO. 1:16-CV-1026-WO-JEP<br><br>THREE-JUDGE COURT |
| LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA, *et al.*,<br><br>PLAINTIFFS,<br><br>v.<br><br>ROBERT A. RUCHO, in his official capacity as Chairman of the North Carolina Senate Redistricting Committee for the 2016 Extra Session and Co-Chairman of the 2016 Joint Select Committee on Congressional Redistricting, *et al.*,<br><br>DEFENDANTS. | CIVIL ACTION<br>NO. 1:16-CV-1164-WO-JEP<br><br>THREE JUDGE COURT |

Pursuant to Fed. R. Civ. P. Rule 26(a)(3)(A)(i), League of Women Voters of North Carolina Plaintiffs (hereinafter "League Plaintiffs") in this consolidated action submit this Good Faith Non-Binding Witness List of the witnesses the League Plaintiffs currently expect in good faith to call to testify at trial scheduled to begin on June 26, 2017. This list

1

is subject to change, including adding or subtracting witnesses. The League Plaintiffs also reserve the right to call any witness identified on Common Cause Plaintiffs' and Defendants' witness lists and to call witnesses for impeachment or rebuttal purposes.

Pursuant to Fed. R. Civ. P. Rule 26(a)(3)(A)(i), League Plaintiffs have indicated whether each witness is currently a "will call" witness or a "may call" witness, which is also subject to change. League Plaintiffs' deposition designations will be provided under separate cover. This list is submitted subject to, and without waiver of, any and all appropriate objections to discovery directed at League Plaintiffs.

## LAY WITNESSES

### Witnesses Who Will Testify

Fox, Carol Faulkner
500 Watts Street
Durham, NC 27701
(P): (919) 680-6146

Klenz, Mary
3509 Haworth Drive, #404
Raleigh, NC 27609
(P): (704) 968-0664

Palmer, Maria
303 Forbush Mountain Drive
Chapel Hill, NC 27514
(P): (919) 260-4361

Peck, Gunther
500 Watts Street
Durham, NC 27701
(P): (919) 680-6146

Quinn, John III
428 Sunset Drive
Asheville, NC 28804

(P): (828) 713-1972

Salinger, Walter
3509 Haworth Drive, #404
Raleigh, NC 27609
(P): (336) 601-4899

Sarver, Aaron
45 Morningside Drive
Asheville, NC 28806
(P): (773) 960-2857

Stallman, Tim
811-C Arnette Avenue
Durham, NC 27701
(p): (919) 260-8155

**Witnesses Who May Testify**

Collins, William
1061 Mill Pond Road
Jamesville, NC 27846
(P): (252) 799-1333

Feldman, Elliott
3116 Lauren Glen Road
Charlotte, NC 28226
(P): (704) 661-9348

Love, Annette
346 East Lakewood Avenue, Apt. 302
Durham, NC 27707
(P): (919) 519-0452

Phelps, Ersla
3602 Old Dam Drive, Apt. 5C
Wilson, NC 27893
(P): (252) 290-9596

Sumpter, Janie Smith
6329 Bridlewood Lane
Charlotte, NC 28215
(P): (704) 579-8512

Evans, Elizabeth Torres
4036 Old Franklinton Road
Franklinton, NC 27525
(P): (919) 594-0232

Williams, Willis
1250 New Street
Jamesville, NC 27846
(P): (252) 792-1272

**EXPERT WITNESSES**

**Witnesses Who Will Testify**

Dr. Simon Jackman
83 Stewart Street
Paddington, Sydney, Australia
(P): +61 2 9351 7249

Dr. Jowei Chen
Department of Political Science
University of Michigan
5700 Haven Hall
505 South State Street
Ann Arbor, MI 48109-1045
(P): (917) 861-7712

Respectfully submitted, this 30th day of May, 2017.

/s/ Anita S. Earls
Anita S. Earls (State Bar # 15597)
Allison J. Riggs (State Bar # 40028)
Emily Seawell (State Bar # 50207)
Southern Coalition for Social Justice
anitaearls@southerncoalition.org
allisonriggs@southerncoalition.org
emilyseawell@southerncoalition.org
1415 Highway 54, Suite 101
Durham, NC 27707
Telephone: 919-323-3380 ext. 115
Facsimile: 919-323-3942

<div style="margin-left:50%">

/s/ Paul M. Smith
Paul M. Smith
J. Gerald Hebert
Ruth Greenwood
Annabelle Harless
Danielle Lang
Campaign Legal Center
1411 K Street NW, Suite 1400
Washington, DC 20005
(202) 736-2200
ghebert@campaignlegalcenter.org
rgreenwood@campaignlegalcenter.org
aharless@campaignlegalcenter.org
dlang@campaignlegalcenter.org

/s/ Nicholas O. Stephanopoulos
Nicholas O. Stephanopoulos
University of Chicago Law School
1111 E 60th St.
Chicago, IL 60637
nsteph@uchicago.edu

*Counsel for League Plaintiffs*

</div>

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing via electronic mail, addressed to counsel for all parties in this consolidated action.

This the 30th day of May, 2017.

/s/ Ruth M. Greenwood
Ruth M. Greenwood

6

Case 1:16-cv-01026-WO-JEP   Document 56   Filed 05/30/17   Page 6 of 6