IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| COMMON CAUSE, *et al.*,<br><br>       PLAINTIFFS,<br><br>    v.<br><br>ROBERT A. RUCHO, in his official capacity as Chairman of the North Carolina Senate Redistricting Committee for the 2016 Extra Session and Co-Chairman of the Joint Select Committee on Congressional Redistricting, *et al.*,<br><br>       DEFENDANTS. | CIVIL ACTION<br>NO. 1:16-CV-1026-WO-JEP<br><br>THREE-JUDGE COURT |
| LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA, *et al.,*<br><br>       PLAINTIFFS,<br><br>    v.<br><br>ROBERT A. RUCHO, in his official capacity as Chairman of the North Carolina Senate Redistricting Committee for the 2016 Extra Session and Co-Chairman of the 2016 Joint Select Committee on Congressional Redistricting, *et al.,*<br><br>       DEFENDANTS. | CIVIL ACTION<br>NO. 1:16-CV-1164-WO-JEP<br><br>THREE JUDGE PANEL |

## COMMON CAUSE PLAINTIFFS' AMENDED RULE 26(a)(3)(A) PRETRIAL DISCLOSURES

  The Common Cause Plaintiffs hereby amend the designated testimony identified in their Rule 26(a)(3)(A) Pretrial Disclosures [Doc. 57] to correct typographical errors. The

amended designated testimony is identified in red italics in the attached Exhibit A. The Common Cause Plaintiffs are concurrently filing the excerpts of this testimony they expect to present by deposition at trial.

This 13th day of June, 2017.

>/s/ Edwin M. Speas, Jr.
>Edwin M. Speas, Jr.
>North Carolina Bar No. 4112
>Steven B. Epstein
>North Carolina Bar No. 17396
>Caroline P. Mackie
>North Carolina Bar No. 41512
>POYNER SPRUILL LLP
>301 Fayetteville Street, Suite 1900
>Raleigh, NC 27601
>Telephone: 919-783-6400
>Facsimile: 919-783-1075
>*espeas@poynerspruill.com*
>*sepstein@poynerspruill.com*
>*cmackie@poynerspruill.com*

*/s/ Emmet J. Bondurant*
Emmet J. Bondurant
Georgia Bar No. 066900
Jason J. Carter
Georgia Bar No. 141669
Benjamin W. Thorpe
Georgia Bar No. 874911
BONDURANT, MIXSON
  & ELMORE, LLP
1201 W. Peachtree Street, NW, Suite 3900
Atlanta, GA  30309
Telephone (404) 881-4100
Facsimile (404) 881-4111
*bondurant@bmelaw.com*
*carter@bmelaw.com*
*bthorpe@bmelaw.com*


*/s/ Gregory L. Diskant*
Gregory L. Diskant
New York Bar No. 1047240
Peter A. Nelson
New York Bar No. 4575684
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York  10036
Telephone:  (212) 336-2000
Facsimile:  (212) 336-2222
*gldiskant@pbwt.com*
*pnelson@pbwt.com*

COUNSEL FOR PLAINTIFFS IN COMMON CAUSE V. RUCHO, NO. 1:16-CV-1026

## CERTIFICATE OF SERVICE

       I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel and parties of record.

       This 13th day of June, 2017.

                                           s/ *Edwin M. Speas, Jr.*
                                           Edwin M. Speas, Jr.

# EXHIBIT A

# COMMON CAUSE PLAINTIFFS' AMENDED DESIGNATIONS OF DEPOSITION TESTIMONY

| Name of Deponent | Date of Deposition | Beginning Page/Line | Ending Page/Line |
|---|---|---|---|
| Larry Hall - Plaintiff | April 5, 2017 | 12:5 | 12:20 |
| | | 17:5 | 17:24 |
| Douglas Berger - Plaintiff | April 21, 2017 | 6:21 | 10:*21* |
| | | 28:*17* | 32:*22* |
| | | 37:13 | 38:1 |
| | | 38:13 | 39:*23* |
| | | 42:17 | 44:19 |
| | | 65:19 | 71:21 |
| | | 71:22 | 74:6 |
| | | 75:*20* | 77:10 |
| | | 78:25 | 80:11 |
| | | 89:5 | 91:17 |
| Cheryl Taft - Plaintiff | March 30, 2017 | 17:9 | 17:11 |
| | | 25:15 | 26:19 |
| Richard Taft – Plaintiff | March 30, 2017 | 18:3 | 18:21 |
| | | 23:*21* | 26:10 |
| Morton Lurie - Plaintiff | April 5, 2017 | 9:6 | 9:14 |
| | | 12:4 | 13:14 |
| | | 19:17 | 20:18 |
| | | 25:*15* | 25:24 |
| | | 27:2 | 29:14 |
| | | 31:25 | 32:*17* |
| Alice Bordsen - Plaintiff | April 18, 2017 | 26:9 | 27:16 |
| William Freeman - Plaintiff | April 7, 2017 | 17:7 | 18:10 |
| | | 19:14 | 19:23 |
| | | 20:7 | 20:17 |
| Melzer Morgan - Plaintiff | April 7, 2017 | 10:11 | 10:23 |
| | | 22:2 | 24:*8* |
| | | 27:12 | 28:6 |
| Cynthia Boylan - Plaintiff | April 5, 2017 | 17:5 | 18:9 |
| | | 19:19 | 20:6 |
| Coy Brewer - Plaintiff | April 18, 2017 | 23:1 | 25:6 |
| | | 32:7 | 35:21 |
| | | 44:17 | 45:11 |
| | | 47:21 | 52:13 |
| John McNeill - Plaintiff | April 5, 2017 | 8:18 | 8:21 |
| | | 11:12 | 12:2 |
| | | 21:5 | 28:15 |
| Robert Wolf - Plaintiff | April 20, 2017 | 22:15 | 22:24 |

| | | | |
|---|---|---|---|
| Jones Byrd - Plaintiff | April 20, 2017 | 20:23 | 24:1 |
| | | 26:15 | 28:23 |
| | | 30:25 | 32:18 |
| | | 40:17 | 41:*12* |
| | | 47:23 | 48:*23* |
| John Gresham - Plaintiff | March 24, 2017 | 17:22 | 18:16 |
| | | 21:20 | 22:2 |
| | | 23:12 | 24:24 |
| | | 47:9 | 48:6 |
| Russell Walker, Jr. - Plaintiff | April 7, 2017 | 28:9 | *30*:8 |
| Rep. David Lewis - Defendant | January 26, 2017 | 12:22 | 13:3 |
| | | 14:15 | 14:21 |
| | | 15:25 | 16:6 |
| | | 16:21 | 17:23 |
| | | 21:19 | 22:7 |
| | | 25:1 | 25:17 |
| | | 26:23 | 27:5 |
| | | 29:17 | 29:20 |
| | | 31:16 | 31:22 |
| | | 36:16 | 36:25 |
| | | 38:15 | 38:19 |
| | | 39:5 | 39:18 |
| | | 42:24 | 44:4 |
| | | 44:12 | 45:20 |
| | | 48:19 | 49:7 |
| | | 50:8 | 51:1 |
| | | 53:21 | 53:24 |
| | | 55:7 | 55:21 |
| | | 56:1 | 56:12 |
| | | 58:8 | 58:12 |
| | | 59:19 | 60:13 |
| | | 61:18 | 62:10 |
| | | 62:20 | 64:17 |
| | | 65:18 | 65:22 |
| | | 66:24 | 67:13 |
| | | 71:1 | 71:19 |
| | | 73:7 | 74:*24* |
| | | 76:6 | 76:16 |
| | | 76:20 | 76:25 |
| | | 77:7 | 77:24 |
| | | 78:6 | 78:12 |

| | | | |
|---|---|---|---|
| | | 81:11 | 83:6 |
| | | 84:17 | 84:21 |
| | | 86:2 | 86:4 |
| | | 88:18 | 89:22 |
| | | 90:19 | 90:25 |
| | | 91:11 | 92:2 |
| | | 95:7 | 96.6 |
| | | 96:19 | 97:15 |
| | | 98:13 | 98:16 |
| | | 99:7 | 99:15 |
| | | 101:9 | 101:15 |
| | | 103:3 | 103:16 |
| | | 105:4 | 105:19 |
| | | 109:12 | 109:22 |
| | | 110:16 | 110:21 |
| | | 116:12 | 117:3 |
| | | 118:3 | 118:16 |
| | | 118:23 | 119:4 |
| | | 120:17 | 121:12 |
| | | 121:25 | 122:3 |
| | | 124:14 | 125:5 |
| | | 127:12 | 128:15 |
| | | 129:*18* | 131:9 |
| | | 132:16 | 132:23 |
| | | 132:25 | 133:4 |
| | | 133:22 | 134:17 |
| | | 142:4 | 142:15 |
| | | 143:13 | 143:24 |
| | | 150:6 | 150:17 |
| | | 153:10 | 154:15 |
| | | 154:16 | 155:*14* |
| | | 155:*15* | 157:*1* |
| | | 158:13 | 159:*7* |
| | | 159:8 | 159:25 |
| | | 162:24 | 163:7 |
| | | 164:24 | 165:4 |
| | | 166:13 | 167:18 |
| | | 171:3 | 172:12 |
| | | 176:23 | 177:9 |
| Rep. David Lewis - Defendant | April 28, 2017 | 227:13 | 229:21 |
| | | 230:1 | 230:4 |

| | | 240:8 | 240:18 |
|---|---|---|---|
| | | 242:14 | 243:7 |
| | | 249:10 | 249:19 |
| Dr. Thomas B. Hofeller | January 24, 2017 | 14:18 | 15:*14* |
| | | 15:15 | 15:19 |
| | | 16:8 | 16:12 |
| | | 18:1 | 18:*21* |
| | | 20:7 | 20:23 |
| | | 72:13 | 73:8 |
| | | 80:2 | 80:10 |
| | | 98:12 | 98:21 |
| | | 100:20 | 101:6 |
| | | 104:1 | 105:24 |
| | | 106:15 | 106:19 |
| | | 114:20 | 123:23 |
| | | 127:14 | 129:7 |
| | | 130:2 | 130:9 |
| | | 130:15 | 130:18 |
| | | 144:*8* | *145*:12 |
| | | 146:4 | 146:13 |
| | | 149:5 | 150:2 |
| | | 172:19 | 173:5 |
| | | 176:18 | 176:21 |
| | | 178:14 | 178:20 |
| | | 183:22 | 184:8 |
| | | 185:7 | 185:*18* |
| | | 188:19 | 189:*2* |
| | | 190:3 | 190:23 |
| | | 196:14 | 197:2 |
| | | 198:14 | 199:5 |
| | | 200:19 | 200:23 |
| | | 203:1 | 203:5 |
| | | 212:16 | 213:25 |
| | | 214:13 | 216:7 |
| | | 224:20 | 225:10 |
| | | 235:1 | 235:11 |
| | | 246:9 | 247:3 |
| Dr. Thomas B. Hofeller | February 10, 2017 | 262:21 | 262:24 |
| | | 267:3 | 268:10 |
| | | 269:25 | 270:6 |
| | | 271:11 | 272:4 |

|  |  | 299:3 | 299:3 |
| --- | --- | --- | --- |
| Senator Robert Rucho - Defendant | January 25, 2017 | 26:3 | 28:18 |
|  |  | 31:3 | 31:8 |
|  |  | 31:16 | 38:11 |
|  |  | 38:16 | 38:19 |
|  |  | 43:3 | 43:8 |
|  |  | 43:19 | 44:21 |
|  |  | 45:11 | 45:16 |
|  |  | 53:*4* | 56:13 |
|  |  | 58:14 | 60:5 |
|  |  | 61:7 | 62:*1* |
|  |  | 63:19 | 63:25 |
|  |  | 64:22 | 65:1 |
|  |  | 66:21 | 67:20 |
|  |  | 68:6 | 69:9 |
|  |  | 72:23 | 73:1 |
|  |  | 84:2 | 84:9 |
|  |  | 84:15 | 84:18 |
|  |  | 88:2 | 88:7 |
|  |  | 90:4 | 90:11 |
|  |  | 92:3 | 92:7 |
|  |  | 92:9 | 92:15 |
|  |  | 94:13 | 94:17 |
|  |  | 97:3 | 97:6 |
|  |  | 97:11 | 97:16 |
|  |  | 100:19 | 101:3 |
|  |  | 101:7 | 101:13 |
|  |  | 105:16 | 106:4 |
|  |  | 107:20 | 108:4 |
|  |  | 109:3 | 109:5 |
|  |  | 114:5 | 114:9 |
|  |  | 115:10 | 115:16 |
|  |  | 116:5 | 116:7 |
|  |  | 118:20 | *119:10* |
|  |  | 121:1 | 121:4 |
|  |  | 122:3 | 122:9 |
|  |  | 139:25 | 141:2 |
|  |  | 163:17 | 163:24 |
|  |  | 165:12 | 165:16 |
|  |  | 169:1 | 171:22 |

|  |  | 173:7 | 173:10 |
|---|---|---|---|
|  |  | 176:10 | 176:17 |
|  |  | 177:8 | 177:14 |
|  |  | 180:7 | 180:13 |
|  |  | 186:13 | 187:9 |
|  |  | 194:2 | 194:4 |
|  |  | 196:24 | 197:10 |
|  |  | 200:10 | 200:24 |
|  |  | 205:4 | 205:9 |
|  |  | 210:19 | *211*:9 |
|  |  | *210:10* | 211:17 |
|  |  | 214:25 | 215:25 |
|  |  | 226:24 | 227:11 |
|  |  | 232:19 | 233:2 |
| Dr. James Gimpel | April 27, 2017 | 14:10 | 14:23 |
|  |  | 15:3 | 15:20 |
|  |  | 33:21 | 33:23 |
|  |  | 38:15 | 39:3 |
|  |  | 60:11 | 61:8 |
|  |  | 61:13 | 61:15 |
|  |  | 62:4 | 62:7 |
|  |  | 64:14 | 64:25 |
|  |  | 67:19 | 68:8 |
|  |  | 85:23 | 86:5 |
|  |  | 88:1 | 88:6 |
|  |  | 88:25 | 89:7 |
|  |  | 110:2 | 110:8 |
|  |  | 111:4 | 111:9 |
|  |  | 111:15 | 111:21 |
|  |  | 118:11 | 118:20 |
|  |  | 120:17 | 120:20 |
|  |  | 123:23 | 125:11 |
|  |  | 126:8 | 128:4 |
|  |  | 130:18 | 131:3 |
|  |  | 131:11 | 131:22 |
|  |  | 132:10 | 132:15 |
|  |  | 133:7 | 134:1 |
|  |  | 139:18 | 140:4 |
|  |  | 146:14 | 146:18 |
|  |  | 166:*6* | 166:*14* |
|  |  | 201:24 | 202:1 |

|  |  | 205:5 | 206:14 |
|---|---|---|---|
|  |  | 210:6 | 210:10 |
|  |  | 214:11 | 214:17 |
|  |  | 218:10 | 220:5 |
|  |  | 224:3 | 224:22 |
|  |  | 228:16 | 229:9 |
|  |  | 231:16 | 231:22 |
|  |  | 236:11 | 237:15 |
|  |  | 244:14 | 244:17 |
|  |  | 245:2 | 245:20 |
|  |  | 264:7 | 264:23 |
|  |  | 265:1 | 265:7 |
|  |  | 265:23 | 267:17 |