IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| COMMON CAUSE, *et al.*,<br>PLAINTIFFS,<br>v.<br>ROBERT A. RUCHO, in his official capacity as Chairman of the North Carolina Senate Redistricting Committee for the 2016 Extra Session and Co-Chairman of the Joint Select Committee on Congressional Redistricting, *et al.*,<br>DEFENDANTS. | CIVIL ACTION<br>NO. 1:16-CV-1026-WO-JEP<br><br>THREE-JUDGE COURT |
| LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA, *et al.*,<br>PLAINTIFFS,<br>v.<br>ROBERT A. RUCHO, in his official capacity as Chairman of the North Carolina Senate Redistricting Committee for the 2016 Extra Session and Co-Chairman of the 2016 Joint Select Committee on Congressional Redistricting, *et al.*,<br>DEFENDANTS. | CIVIL ACTION<br>NO. 1:16-CV-1164-WO-JEP<br><br>THREE JUDGE PANEL |

**LEAGUE OF WOMEN VOTERS PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE THE TESTIMONY OF SEAN P. TRENDE AT TRIAL**

Pursuant to this Court's text order herein dated June 9, 2017, and Federal Rule of Evidence 702, plaintiffs in *League of Women Voters of North Carolina v. Rucho* respectfully request that this Court exclude the Expert Report of Sean P. Trende, dated April 3, 2017, attached as Ex. 1 to the brief in support filed herewith, and any expert testimony from Mr. Trende offered by the Defendants at trial. The Plaintiffs' rebuttal

1

report to Mr. Trende's report, prepared by Dr. Simon Jackman, is attached as Ex. 2 to the accompanying brief in support of this motion.

For all the reasons as set out in the accompanying brief in support, Mr. Trende's declaration and anticipated testimony do not meet the standards for expert testimony under Rule 702 and as established in *Daubert v. Merrell Dow Pharm., Inc.,* 509 U.S. 579 (1993). Wherefore, Plaintiffs hereby move this Court for an Order excluding the opinion testimony of Mr. Trende whether by live testimony or as contained in his expert report.

Respectfully submitted, this 19th day of June, 2017.

/s/ Ruth M. Greenwood
Paul M. Smith
Ruth Greenwood
Annabelle Harless
Anna Bodi
Molly Danahy
Campaign Legal Center
1411 K Street NW, Suite 1400
Washington, DC 20005
(202) 736-2200
psmith@campaignlegalcenter.org
rgreenwood@campaignlegalcenter.org
aharless@campaignlegalcenter.org
abodi@campaignlegalcenter.org
mdanahy@campaignlegalcenter.org

/s/ Anita S. Earls
Anita S. Earls (State Bar # 15597)
Allison J. Riggs (State Bar # 40028)
Emily Seawell (State Bar # 50207)
Southern Coalition for Social Justice
anitaearls@southerncoalition.org
allisonriggs@southerncoalition.org
emilyseawell@southerncoalition.org
1415 Highway 54, Suite 101

Durham, NC 27707
Telephone: 919-323-3380 ext. 115
Facsimile: 919-323-3942

/s/ Nicholas O. Stephanopoulos
Nicholas O. Stephanopoulos
University of Chicago Law School
1111 E 60th St.
Chicago, IL 60637
nsteph@uchicago.edu

*Counsel for League Plaintiffs*

3

## CERTIFICATE OF SERVICE

   I hereby certify that I have this day served a copy of the foregoing via electronic mail, addressed to counsel for all parties in this consolidated action.

   This the 19th day of June, 2017.

              /s/ Ruth M. Greenwood
              Ruth M. Greenwood