# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| COMMON CAUSE, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>) <br>ROBERT A. RUCHO, in his official )<br>capacity as Chairman of the North )<br>Carolina Senate Redistricting Committee )<br>for the 2016 Extra Session and Co- )<br>Chairman of the Joint Select Committee )<br>on Congressional Redistricting, *et al.*, )<br>)<br>Defendants. ) | CIVIL ACTION<br>NO. 1:16-CV-1026-WO-JEP<br><br>THREE-JUDGE COURT |
| League of Women Voters of North )<br>Carolina, *et al.,* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Robert A. Rucho, in his official capacity )<br>as Chairman of the North Carolina )<br>Senate Redistricting Committee for the )<br>2016 Extra Session and Co-Chairman of )<br>the 2016 Joint Select Committee on )<br>Congressional Redistricting, *et al.,* )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO. 1:16-CV-1164-WO-JEP<br><br>THREE JUDGE COURT |

## **LEGISLATIVE DEFENDANTS' MOTION TO STAY**

The Legislative Defendants respectfully move this Court for a stay of all proceedings in the above captioned actions pending the United States Supreme Court's final decision in *Gill v. Whitford*, Supreme Court Dkt. Nos. 16-1161; 16A1149. In support of this motion, the Legislative Defendants submit their contemporaneously filed Memorandum of Law in Support of Motion to Stay.

The Legislative Defendants have conferred with the other parties regarding their views on this motion. The plaintiffs in *Common Cause* and *League of Women Voters* oppose this motion. The remaining defendants do not take a position on this motion at this time.

WHEREFORE, the Legislative Defendants respectfully move that all proceedings in these actions be stayed pending the Supreme Court's decision in *Gill v. Whitford*.

This the 26th day of June, 2017.

>>>>OGLETREE, DEAKINS, NASH
>>>>SMOAK & STEWART, P.C.

>>>>/s/ Phillip J. Strach
>>>>Phillip J. Strach
>>>>N.C. State Bar No. 29456
>>>>Thomas A. Farr
>>>>N.C. State Bar No. 10871
>>>>thomas.farr@ogletreedeakins.com
>>>>phil.strach@ogletreedeakins.com
>>>>4208 Six Forks Road, Suite 1100
>>>>Raleigh, North Carolina 27609
>>>>Telephone: (919) 787-9700
>>>>Facsimile: (919) 783-9412
>>>>*Counsel for Legislative Defendants*

# CERTIFICATE OF SERVICE

I, Phillip J. Strach, hereby certify that I have this day electronically filed the foregoing **LEGISLATIVE DEFENDANTS' MOTION TO STAY** with the Clerk of Court using the CM/ECF system which will provide electronic notification of the same to the following:

Edwin M. Speas, Jr.
Carolina P. Mackie
Poyner Spruill LLP
P.O. Box 1801 (27602-1801)
301 Fayetteville St., Suite 1900
Raleigh, NC  27601
espeas@poynerspruill.com
cmackie@poymerspruill.com
*Attorneys for Plaintiffs*

Gregory L. Diskant
Susan Millenky
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036
gldiskant@pbwt.com
smillenky@pbwt.com
*Attorneys for Plaintiffs*

Emmet J. Bondurant
Jason J. Carter
Benjamin W. Thorpe
Bondurant, Mixson & Elmore, LLP
1201 W. Peachtree Street, NW, Suite 3900
Atlanta, Georgia 30309
bondurant@bmelaw.com
carter@bmelaw.com
bthorpe@bmelaw.com
*Attorneys for Plaintiffs*

Alexander McC. Peters
Senior Deputy Attorney General
N.C. Department of Justice
P.O. Box 629
Raleigh, NC  27602

This the 26th day of June, 2017.

OGLETREE, DEAKINS, NASH
SMOAK & STEWART, P.C.

/s/ Phillip J. Strach

30175024.1