# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| COMMON CAUSE, et al., <br><br> Plaintiffs, <br> v. <br><br> ROBERT A. RUCHO, in his official capacity as Chairman of the North Carolina Senate Redistricting Committee for the 2016 Extra Session and Co-Chairman of the Joint Select Committee on Congressional Redistricting, et al., <br><br> Defendants. | No. 1:16-CV-1026 |
| LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA, et al., <br><br> Plaintiffs, <br> v. <br><br> ROBERT A. RUCHO, in his official capacity as Chairman of the North Carolina Senate Redistricting Committee for the 2016 Extra Session and Co-Chairman of the Joint Select Committee on Congressional Redistricting, et al., <br><br> Defendants. | No. 1:16-CV-1164 |

## **ORDER**

It is hereby **ORDERED** that the Legislative Defendants' Motions to Stay (Doc. 74, Case No. 1:16-CV-1026; Doc. 73, Case No. 1:16-CV-1164) are DENIED. A written opinion will follow.

This the 29 August 2017.

FOR THE COURT:

_____
W. Earl Britt
Senior U.S. District Judge