IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| COMMON CAUSE, *et al.*, <br><br>  Plaintiffs, <br><br> v. <br><br> ROBERT A. RUCHO, in his official capacity as Chairman of the North Carolina Senate Redistricting Committee for the 2016 Extra Session and Co-Chairman of the Joint Select Committee on Congressional Redistricting, *et al.*, <br><br> Defendants. | CIVIL ACTION <br> NO. 1:16-CV-1026-WO-JEP <br><br> THREE-JUDGE COURT |
| League of Women Voters of North Carolina, *et al.,* <br><br> Plaintiffs, <br><br> v. <br><br> Robert A. Rucho, in his official capacity as Chairman of the North Carolina Senate Redistricting Committee for the 2016 Extra Session and Co-Chairman of the 2016 Joint Select Committee on Congressional Redistricting, *et al.,* <br><br> Defendants. | CIVIL ACTION <br> NO. 1:16-CV-1164-WO-JEP <br><br> THREE JUDGE COURT |

1

## DEFENDANTS' AMENDED TRIAL EXHIBIT LIST

Pursuant to Fed. R. Civ. P. 26 and the Court's instructions at the June 19, 2017 pretrial conference, attached is an amended list of the exhibits Defendants expect to offer at trial.

This the 9th day of October, 2017.

        OGLETREE, DEAKINS, NASH
        SMOAK & STEWART, P.C.

        /s/ Michael D. McKnight
        Phillip J. Strach
        N.C. State Bar No. 29456
        Michael D. McKnight
        N.C. State Bar No. 36932
        phil.strach@ogletreedeakins.com
        michael.mcknight@ogletreedeakins.com
        4208 Six Forks Road, Suite 1100
        Raleigh, North Carolina 27609
        Telephone: (919) 787-9700
        Facsimile: (919) 783-9412

        *Counsel for Legislative Defendants*

NORTH CAROLINA DEPARTMENT OF JUSTICE

By: /s/ Alexander McC. Peters
Alexander McC. Peters
Senior Deputy Attorney General
N.C. State Bar No. 13654
apeters@ncdoj.gov
James Bernier, Jr.
Assistant Attorney General
N.C. State Bar No. 45869
jbernier@ncdoj.gov
N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602
Telephone: (919) 716-6900
Facsimile: (919) 716-6763
*Counsel for Defendants*

3

## CERTIFICATE OF SERVICE

I, Michael D. McKnight, hereby certify that I have this day electronically filed the foregoing **DEFENDANTS' AMENDED TRIAL EXHIBITS LIST** with the Clerk of Court using the CM/ECF system which will provide electronic notification of the same to the following:

Edwin M. Speas, Jr.
Carolina P. Mackie
Poyner Spruill LLP
P.O. Box 1801 (27602-1801)
301 Fayetteville St., Suite 1900
Raleigh, NC 27601
espeas@poynerspruill.com
cmackie@poymerspruill.com
*Attorneys for Plaintiffs*

Emmet J. Bondurant
Jason J. Carter
Benjamin W. Thorpe
Bondurant, Mixson & Elmore, LLP
1201 W. Peachtree Street, NW, Suite 3900
Atlanta, Georgia 30309
bondurant@bmelaw.com
carter@bmelaw.com
bthorpe@bmelaw.com
*Attorneys for Plaintiffs*

Gregory L. Diskant
Susan Millenky
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036
gldiskant@pbwt.com
smillenky@pbwt.com
*Attorneys for Plaintiffs*

This the 9th day of October, 2017.

    OGLETREE, DEAKINS, NASH
    SMOAK & STEWART, P.C.

    /s/ Michael D. McKnight

4

Case 1:16-cv-01026-WO-JEP   Document 95   Filed 10/09/17   Page 4 of 4