**COMMON CAUSE, et al. v. RUCHO, et al.**
**Case No. 1:16-cv-1026**
**and**
**LEAGUE OF WOMEN VOTERS, et al. v. RUCHO**
**Case No. 1:16-cv-1164**

**DEFENDANTS' EXHIBIT LIST**

| Exhibit No. | Date | Document Description | Reference | Plaintiffs' Objections |
|---|---|---|---|---|
| 5001 | 04/03/17 | Declaration of Dr. Thomas Hofeller | Hood Declaration Ex. 13 | Hearsay (LWV) |
| 5002 | 03/04/16 | Declaration of Dan Frey | Harris Doc. 159-1 | Hearsay (LWV) |
| 5003 | | 2016 Congressional Districts won by 2010 Senate Candidates | Harris Doc. 159-1 Frey Declaration Ex. 3 | |
| 5004 | | 2016 Congressional Districts won by 2012 Candidates for Governor | Harris Doc. 159-1 Frey Declaration Ex. 6 | |
| 5005 | | 2016 Congressional Districts won by 2014 Candidates for U.S. Senate | Harris Doc. 159-1 Frey Declaration Ex. 9 | |
| 5006 | | 2001, 2011, and 2016 Congressional Plans: Comparison of Voter Registration by Party by District | Harris Doc. 159-1 Frey Declaration Ex. 13 | Relevance objection to 2001 data (LWV) |
| 5007 | | 2001, 2011, and 2016 Congressional Plans: Comparison of Voter Registration by Race by District | Harris Doc. 159-1 Frey Declaration Ex. 14 | Relevance objection to 2001 data (LWV) |
| 5008 | | 2001, 2011, and 2016 Congressional Plans: Stat Pack Reports of Voter Registration by Party and Race | Harris Doc. 159-1 Frey Declaration Ex. 16 | Relevance objection to 2001 data (LWV) |
| 5009 | | 2001, 2011, and 2016 Congressional Plans: Comparison of Voting Age Population by District | Harris Doc. 159-1 Frey Declaration Ex. 16 | Relevance objection to 2001 data (LWV) |
| 5010 | | 2016 Congressional Plan Split County Report | Harris Doc. 159-1 Frey Declaration Ex. 18 | |
| 5011 | | 2016 Congressional Plan Split VTD Repport | Harris Doc. 159-1 Frey Declaration Ex. 19 | |
| 5012 | | 1992 Congressional Base Plan #10 Map | Harris Doc. 159-1 Frey Declaration Ex. 20 | Relevance (LWV) |
| 5013 | | 1992 Congressional Plan District Statistics | Harris Doc. 159-1 Frey Declaration Ex. 20 | Relevance (LWV) |
| 5014 | | 1992 Congressional Plan Split County Report | Harris Doc. 159-1 Frey Declaration Ex. 20 | Relevance (LWV) |

**COMMON CAUSE, et al. v. RUCHO, et al.**
**Case No. 1:16-cv-1026**
**and**
**LEAGUE OF WOMEN VOTERS, et al. v. RUCHO**
**Case No. 1:16-cv-1164**

**DEFENDANTS' EXHIBIT LIST**

| Exhibit No. | Date | Document Description | Reference | Plaintiffs' Objections |
|---|---|---|---|---|
| 5015 | | Bill Text of S.L. 1991-7es for the 1992 Congressional Plan | Harris Doc. 159-1; Frey Declaration Ex. 21 | Relevance (LWV) |
| 5016 | | Second Affidavit of Allan J. Lichtman (Dickson v. Rucho/NAACP v. State) | Harris Doc. 159-11 | |
| 5017 | | Affidavit of Allan J. Lichtman (Dickson v. Rucho/NAACP v. State) | Harris Doc. 159-12 | |
| 5018 | | Sur-Rebuttal Report of Dr. Allan J. Lichtman to Reports Submitted by Expert for Defendants (Covington v. State) | Harris Doc. 159-13 | |
| 5019 | 02/22/16 | Politics North Carolina: Districts Democrats could win | Harris Doc. 159-19 | Relevance; Hearsay (LWV) ; Hearsay (CC) |
| 5020 | | Defendants' Notice of Filing - Ratification of 2016 Contingent Congressional Plan | Harris Doc. 149 | |
| 5021 | 03/27/97 | Senate Floor Debate on 1997 Congressional Plan | | Relevance; Not previously disclosed, Fed. R. Civ. P 37(c)(1) (LWV) |
| 5022 | 11/14/01 | House Congressional Redistricting Committee Meeting Transcript | | Relevance; Not previously disclosed, Fed. R. Civ. P 37(c)(1) (LWV) |
| 5023 | | 1992-2016 NC Congressional Plans: Divided Counties and VTDs | | Relevance; Not previously disclosed, Fed. R. Civ. P 37(c)(1) (LWV) |
| 5024 | | Mattingly District Plan Simulations: Summary of the Number of County Splits Found in the District Plans Provided | | |
| 5025 | | Mattingly Map 23519 | | |
| 5026 | | Mattingly Map 05675 | | |
| 5027 | | Mattingly Map 06192 | | |
| 5028 | | Mattingly Map 07651 | | |
| 5029 | | Mattingly Map 09550 | | |
| 5030 | | Mattingly Map 09757 | | |
| 5031 | | Mattingly Map 10874 | | |

**COMMON CAUSE, et al. v. RUCHO, et al.**
**Case No. 1:16-cv-1026**
**and**
**LEAGUE OF WOMEN VOTERS, et al. v. RUCHO**
**Case No. 1:16-cv-1164**

# DEFENDANTS' EXHIBIT LIST

| Exhibit No. | Date | Document Description | Reference | Plaintiffs' Objections |
|---|---|---|---|---|
| 5032 | | Mattingly Map 17830 | | |
| 5033 | | Mattingly Map 19231 | | |
| 5034 | | Mattingly Map 19708 | | |
| 5035 | | Mattingly District Plan Simulations: Percent Black Voting Age Population (BVAP) by District for Plans with At Least One 40%+ BVAP District and Splitting 14 or Fewer Counties | | |
| 5036 | | Mattingly District Plan Simulations: Percent Black Voting Age Population (BVAP) by District for Plans with At Least One 40%+ BVAP District and Splitting a Minimum of Eleven Counties of 100,000 Population or Greater and Splitting 14 or Fewer Counties | | |
| 5037 | | Chen District Plan Simulations: Percent Black Voting Age Population (BVAP) by District for Plans that Contain At Least One 40%+ BVAP District and that also Split a Minimum of Eleven Counties of 100,000 Population or Greater (and associated maps) | | |
| 5038 | | Chen District Plan Simulations: Percent Black Voting Age Population (BVAP) by District for Plans with At Least One 40%+ BVAP District (and associated maps) | | |
| 5039 | | Chen District Plan Simulations: Plans that Split a Minimum of Eleven Counties of 100,000 Population or Greater (and associated maps) | | |
| 5040 | | Congressional Fair and Legal - Stein Map | Berger Depo Ex. 2 | Relevance; Hearsay (LWV) |

**COMMON CAUSE, et al. v. RUCHO, et al.**
**Case No. 1:16-cv-1026**
**and**
**LEAGUE OF WOMEN VOTERS, et al. v. RUCHO**
**Case No. 1:16-cv-1164**

## DEFENDANTS' EXHIBIT LIST

| Exhibit No. | Date | Document Description | Reference | Plaintiffs' Objections |
|---|---|---|---|---|
| 5041 | | Expressive Harms, "Bizarre Districts" and Voting Rights: Evaluating Election-District Appearances After Shaw v. Reno | Chen Depo Ex. 1 | Hearsay (CC) |
| 5042 | | Election data - Ideal Vrs. Actual Population Based on 2010 Census Results 2016 Contingent Congressional Plan Corrected | Chen Depo Ex. 4 | |
| 5043 | | Simulation Sets 1, 2 and 3 | Chen Depo Ex. 5 | |
| 5044 | | 97 House/Senate Plan A map | Chen Depo Ex. 7 Gilkeson Depo Ex. 8 | Relevance (LWV) |
| 5045 | | 98 Congressional Plan A map | Chen Depo Ex. 8 Gilkeson Depo Ex. 9 | Relevance (LWV) |
| 5046 | | Congress Zero Deviation map | Chen Depo Ex. 9 | Relevance (LWV) |
| 5047 | | Rucho-Lewis Congress 3 | Chen Depo Ex. 10 | Duplicate of Joint Plaintiffs' Ex. 2001 |
| 5048 | | Reock and Polsby-Popper Compactness Scores, NC Congressional Plans 1992 - 2016 | Chen Depo Ex. 13 | |
| 5049 | | Bates numbers CCNC183 to 185 | Gilkeson Depo Ex. 1 | Relevance; Hearsay, Opinion testimony, Fed. R. Evid. 701 (LWV); Hearsay, Opinion testimony, Fed. R. Evid. 701 (CC) |
| 5050 | | State Board of Elections Documents, seven pages | Gilkeson Depo Ex. 2 | Relevance (LWV) |
| 5051 | | State Board of Elections Documents, 24 pages | Gilkeson Depo Ex. 3 | Relevance (LWV) |
| 5052 | | C-27R-1 Alternative Plans, two pages | Gilkeson Depo Ex. 4 | Relevance (LWV) |
| 5053 | | C-27R-5 Alternative Plans, two pages | Gilkeson Depo Ex. 5 | Relevance (LWV) |
| 5054 | | C-27R-7 Alternative Plans, two pages | Gilkeson Depo Ex. 6 | Relevance (LWV) |
| 5055 | | C-27R-10 Alternative Plans, two pages | Gilkeson Depo Ex. 7 | Relevance (LWV) |
| 5056 | 02/11/17 | NC Democratic Party Plan of Organization As Amended February 11, 2017 | Hall Depo Ex. 3 | |
| 5057 | | 2016 Redistricting Database Field Key | Hofeller Depo Ex. 28 | Duplicate of Joint Plaintiffs' Ex. 2039 |
| 5058 | 04/03/17 | Rebuttal Declaration of M.V. Hood III | Hood Depo Ex. 1 | Hearsay (withdrawn if the witness qualifies as an expert and provides live testimony) (LWV) |

**COMMON CAUSE, et al. v. RUCHO, et al.**
**Case No. 1:16-cv-1026**
**and**
**LEAGUE OF WOMEN VOTERS, et al. v. RUCHO**
**Case No. 1:16-cv-1164**

**DEFENDANTS' EXHIBIT LIST**

| Exhibit No. | Date | Document Description | Reference | Plaintiffs' Objections |
|---|---|---|---|---|
| 5059 | 04/05/17 | Rebuttal Declaration of M.V. Hood III | Hood Depo Ex. 14 | Hearsay (withdrawn if the witness qualifies as an expert and provides live testimony) (LWV) |
| 5060 | 03/01/17 | Jackman Assessing the Current North Carolina Congressional Districting Plan Simon Jackman | Jackman Depo Ex. 1 | |
| 5061 | 03/01/17 | Assessing the Current North Carolina Congressional Districting Plan: Amended Report, Simon Jackman | Jackman Depo Ex. 2 | |
| 5062 | 04/17/17 | Rebuttal Report - Simon Jackman | Jackman Depo Ex. 3 | |
| 5063 | | Partisan Gerrymandering and the Efficiency Gap, Nicholas O. Stephanopoulos, Eric M. McGhee | Jackman Depo Ex. 4 | Hearsay (LWV); Hearsay (CC) |
| 5064 | | Stephanopolis Efficiency Gap Calculations 1972-2012 | Jackman Depo Ex. 5 | |
| 5065 | | Stephanopolis List of Black Seats 1972-2012 | Jackman Depo Ex. 6 | |
| 5066 | 12/21/15 | Rebuttal Report - Simon Jackman | Jackman Depo Ex. 7 | |
| 5067 | | Introducing the 2017 Cook Political Report Partisan Voter Index | Jackman Depo Ex. 8 | Relevance; Hearsay (LWV); Hearsay (CC) |
| 5068 | | Quantifying Gerrymandering | Mattingly Depo Ex. 1 | Hearsay (LWV); Hearsay (CC) |
| 5069 | | Quantifying Gerrymandering (4-page exhibit) | Mattingly Depo Ex. 2 | Hearsay (LWV); Hearsay (CC) |
| 5070 | | Redistricting and the Will of the People | Mattingly Depo Ex. 3 | |
| 5071 | | Declaration of Jonathan Mattingly | Mattingly Depo Ex. 4 | |
| 5072 | 05/08/17 | Redistricting: Drawing the Line - Version 2 | Mattingly Depo Ex. 5 | |
| 5073 | 04/09/17 | Redistricting: Drawing the Line - Version 1 | Mattingly Depo Ex. 6 | |
| 5074 | | First set of 16 out of 24,000 redistricting maps | Mattingly Depo Ex. 7 | |
| 5075 | | NC Background on Redistricting Reform | Phillips Depo Ex. 4 | Relevance; Hearsay (LWV) |
| 5076 | | Nonpartisan Redistricting Criteria | Phillips Depo Ex. 5 | Relevance; Hearsay (LWV) |
| 5077 | | Nonpartisan Redistricting Demonstration | Phillips Depo Ex. 6 | Relevance; Hearsay (LWV) |
| 5078 | | Independent Judicial Redistricting Commission | Phillips Depo Ex. 7 | Relevance; Hearsay (LWV) |
| 5079 | | Presenter Biographies | Phillips Depo Ex. 8 | Relevance; Hearsay (LWV) |

**COMMON CAUSE, et al. v. RUCHO, et al.**
Case No. 1:16-cv-1026
and
**LEAGUE OF WOMEN VOTERS, et al. v. RUCHO**
Case No. 1:16-cv-1164

**DEFENDANTS' EXHIBIT LIST**

| Exhibit No. | Date | Document Description | Reference | Plaintiffs' Objections |
|---|---|---|---|---|
| 5080 | | Beyond Gerrymandering - Impartial Redistricting for North Carolina Press Conference Timeline & Suggested Talking Points | Phillips Depo Ex. 9 | Relevance; Hearsay (LWV) |
| 5081 | | Common Cause NC - Capstrat | Phillips Depo Ex. 10 | Relevance; Hearsay (LWV) |
| 5082 | | Budget | Phillips Depo Ex. 11 | Relevance; Hearsay (LWV) |
| 5083 | 05/26/16 | E-mail from Landy Elliott re: June 9/ 10 summary notes | Phillips Depo Ex. 12 | Relevance; Hearsay (LWV); Hearsay (CC) |
| 5084 | 07/15/16 | E-mail from Landy Elliott re: Redistricting Project Continued: Proposed Dates | Phillips Depo Ex. 13 | Relevance; Hearsay (LWV); Hearsay (CC) |
| 5085 | 08/16/16 | E-mail from Landy Elliott re: Conference Call Today | Phillips Depo Ex. 14 | Relevance; Hearsay (LWV); Hearsay (CC) |
| 5086 | | Redistricting Simulation Plan data | Phillips Depo Ex. 15 | Relevance; Hearsay (LWV) |
| 5087 | 08/20/16 | E-mail between Landy Elliott, Bob Phillips and others re: Yesterday | Phillips Depo Ex. 16 | Relevance; Hearsay (LWV); Hearsay (CC) |
| 5088 | | Preliminary Summary of Analysis and Modification of Plans A and B | Phillips Depo Ex. 17 | Relevance; Hearsay (LWV) |
| 5089 | | NC Congressional Maps: How They Compare | Phillips Depo Ex. 18 | Relevance; Hearsay (LWV) |
| 5090 | | Competitiveness measures of Gerry Plan, Mander Plan, Enacted Congressional Plan 2011 and Enacted Congressional Plan 2016 | Phillips Depo Ex. 19 | Relevance; Hearsay (LWV) |
| 5091 | | Gerry Congressional Plan | Phillips Depo Ex. 20 | Relevance; Hearsay (LWV) |
| 5092 | | Mander 2 Congressional Plan | Phillips Depo Ex. 21 | Relevance; Hearsay (LWV) |
| 5093 | | Competitiveness measures of Simulation Plan, Enacted Congressional Plan 2016 and Enacted Congressional Plan 2011 | Phillips Depo Ex. 22 | Relevance; Hearsay (LWV) |
| 5094 | | Final Simulation Pl | Phillips Depo Ex. 23 | Relevance; Hearsay (LWV) |
| 5095 | | Retired Judges Commission Plans | Phillips Depo Ex. 24 | Relevance; Hearsay (LWV) |
| 5096 | | Binder: Committee Transcripts | Rucho Depo Ex. 34 | |
| 5097 | | Binder: Senate Floor Transcripts | Rucho Depo Ex. 36 | |

COMMON CAUSE, et al. v. RUCHO, et al.
Case No. 1:16-cv-1026
and
LEAGUE OF WOMEN VOTERS, et al. v. RUCHO
Case No. 1:16-cv-1164

**DEFENDANTS' EXHIBIT LIST**

| Exhibit No. | Date | Document Description | Reference | Plaintiffs' Objections |
|---|---|---|---|---|
| 5098 | | Spreadsheet of 2008 Election Results Sorted by Congressional District within 2001, 2011, and 2016 Congressional Redistricting Plans | Harris Doc. 159-1<br>Frey Declaration Ex. 10 | Relevance (LWV) |
| 5099 | | Spreadsheet of 2012 Election Results Sorted by Congressional District within 2001, 2011, and 2016 Congressional Redistricting Plans | Harris Doc. 159-1<br>Frey Declaration Ex. 11 | Relevance (LWV) |
| 5100 | | Spreadsheet of 2014 Election Results Sorted by Congressional District within 2001, 2011, and 2016 Congressional Redistricting Plans | Harris Doc. 159-1<br>Frey Declaration Ex. 11 | Relevance (LWV) |
| 5101 | | Expert Report of Sean P. Trende | | Hearsay (withdrawn if the witness qualifies as an expert and provides live testimony) (LWV) |
| 5102 | | Maptitude for Redistricting Compactness Measures Reports | | |
| 5103 | | Measures of Compactness for 2016 Contingent Congressional Plan | | |