IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| COMMON CAUSE, *et al.*,<br><br>PLAINTIFFS,<br><br>v.<br><br>ROBERT A. RUCHO, in his official capacity as Chairman of the North Carolina Senate Redistricting Committee for the 2016 Extra Session and Co-Chairman of the Joint Select Committee on Congressional Redistricting, *et al.*,<br><br>DEFENDANTS. | CIVIL ACTION<br>NO. 1:16-CV-1026-WO-JEP<br><br>THREE-JUDGE COURT |
| LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA, *et al.*,<br><br>PLAINTIFFS,<br><br>v.<br><br>ROBERT A. RUCHO, in his official capacity as Chairman of the North Carolina Senate Redistricting Committee for the 2016 Extra Session and Co-Chairman of the 2016 Joint Select Committee on Congressional Redistricting, *et al.*,<br><br>DEFENDANTS. | CIVIL ACTION<br>NO. 1:16-CV-1164-WO-JEP<br><br>THREE JUDGE PANEL |

### COMMON CAUSE PLAINTIFFS' NOTICE OF FILING AMENDED TRIAL EXHIBIT LISTS

Pursuant to an agreement between the Common Cause Plaintiffs, League of Women

Voter Plaintiffs and Defendants, the Common Cause Plaintiffs hereby file the final Parties'

Joint Joint Exhibit List, attached as Exhibit A; the final Joint Plaintiffs' Exhibit List attached as Exhibit B; and the final Common Cause Plaintiffs' Exhibit List, attached as Exhibit C.

This 19th day of October, 2017.

*/s/ Edwin M. Speas, Jr.*
Edwin M. Speas, Jr.
North Carolina Bar No. 4112
Steven B. Epstein
North Carolina Bar No. 17396
Caroline P. Mackie
North Carolina Bar No. 41512
POYNER SPRUILL LLP
301 Fayetteville Street, Suite 1900
Raleigh, NC  27601
Telephone: 919-783-6400
Facsimile:  919-783-1075
*espeas@poynerspruill.com*
*sepstein@poynerspruill.com*
*cmackie@poynerspruill.com*

*/s/ Emmet J. Bondurant*
Emmet J. Bondurant
Georgia Bar No. 066900
Jason J. Carter
Georgia Bar No. 141669
Benjamin W. Thorpe
Georgia Bar No. 874911
BONDURANT, MIXSON
  & ELMORE, LLP
1201 W. Peachtree Street, NW, Suite 3900
Atlanta, GA  30309
Telephone (404) 881-4100
Facsimile (404) 881-4111
*bondurant@bmelaw.com*
*carter@bmelaw.com*
*bthorpe@bmelaw.com*


*/s/ Gregory L. Diskant*
Gregory L. Diskant
New York Bar No. 1047240
Peter A. Nelson
New York Bar No. 4575684
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York  10036
Telephone:  (212) 336-2000
Facsimile:  (212) 336-2222
*gldiskant@pbwt.com*
*pnelson@pbwt.com*

COUNSEL FOR PLAINTIFFS IN COMMON CAUSE V. RUCHO, NO. 1:16-CV-1026

3

## CERTIFICATE OF SERVICE

  I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel and parties of record.

  This 19th day of October, 2017.

               s/ *Edwin M. Speas, Jr.*
               Edwin M. Speas, Jr.