# EXHIBIT B

**COMMON CAUSE, et al. v. RUCHO, et al.**
**Case No. 1:16-cv-1026**
**and**
**LEAGUE OF WOMEN VOTERS, et al. v. RUCHO**
**Case No. 1:16-cv-1164**

## JOINT PLAINTIFFS' EXHIBIT LIST

| Exhibit No. | Date | Document Description | Defendants' Objections | Witness | Admitted Y/N |
|---|---|---|---|---|---|
| 2001 | | 2011 Map - Rucho-Lewis Congress 3 | | | **ADMITTED** per Court's 10/4/17 pretrial order (Dkt. 89) |
| 2002 | | Thomas Hofeller's Formula | | | **ADMITTED** per Court's 10/4/17 pretrial order (Dkt. 89) |
| 2003 | | Thomas Hofeller's Engagement Letter/Contract | | | **ADMITTED** per Court's 10/4/17 pretrial order (Dkt. 89) |
| 2004 | | Thomas Hofeller's Maps | | | **ADMITTED** per Court's 10/4/17 pretrial order (Dkt. 89) |
| 2005 | | Thomas Hofeller Maptitude Data Extractions PDF | | | **ADMITTED** per Court's 10/4/17 pretrial order (Dkt. 89) |
| 2006 | | Outlook calendar of Rep. David Lewis | | | **ADMITTED** per Court's 10/4/17 pretrial order (Dkt. 89) |
| 2007 | | E-mail to Mark Coggins from Brent Woodcox February 16, 2016, Subject: Committee Presentation with attachment: 2016 6 Contingent Congressional Plan Proposed Criteria document | | | |
| 2008 | | E-mail between David Lewis, Brent Woodcox and others, February 16, 2016, Subject: Joint Select Committee on Congressional Redistricting Chair Map Preparation with attachment | | | |
| 2009 | | Letter to Rep. David Lewis and Senator Bob Rucho from Phil Berger and Tim Moore, February 12, 2016, Re: Appointment of the Joint Select Committee on Congressional Redistricting | | | **ADMITTED** per Court's 10/4/17 pretrial order (Dkt. 89) |
| 2010 | 03/01/17 | Jowei Chen Expert Report | | Dr. Chen | **ADMITTED** testified at trial 10/16/17 and 10/17/17 |
| 2011 | 03/01/17 | Jowei Chen Expert Report Fig. A | | Dr. Chen | **ADMITTED** testified at trial 10/16/17 and 10/17/17 |
| 2012 | | Jowei Chen CV | | Dr. Chen | **ADMITTED** testified at trial 10/16/17 and 10/17/17 |
| 2013 | | Thomas Hofeller's Resume | | | **ADMITTED** per Court's 10/4/17 pretrial order (Dkt. 89) |
| 2014 | | The Looming Redistricting Storm How will the Republican Party Fare? | | | |
| 2015 | 05/26/17 | Declaration of Staci Goede on Behalf of the Republican State Leadership Committee | | | |
| 2016 | 05/26/17 | Declaration of Staci Goede on Behalf of the State Government Leadership Foundation Declaration | | | |
| 2017 | | Republican State Leadership Overview | | | |
| 2018 | 06/07/09 | Redistricting 2010, Preparing for Success, RSLC June 7, 2009 PowerPoint slides | | | |

COMMON CAUSE, et al. v. RUCHO, et al.
Case No. 1:16-cv-1026
and
LEAGUE OF WOMEN VOTERS, et al. v. RUCHO
Case No. 1:16-cv-1164

## JOINT PLAINTIFFS' EXHIBIT LIST

| Exhibit No. | Date | Document Description | Defendants' Objections | Witness | Admitted Y/N |
|---|---|---|---|---|---|
| 2019 | 02/19/10 | RSLC Announces Redistricting Majority Project (REDMAP) - Press release | | | |
| 2020 | | Redistricting Majority Project PowerPoint slides | | | |
| 2021 | 07/01/10 | REDMAP Political Report: July 2010 - 2 pages | | | |
| 2022 | 07/01/10 | REDMAP Political Report: July 2010 - 6 pages | | | |
| 2023 | 05/23/08 | E-mail to Tom Hofeller from Lindsay Fisher, RSLC, May 23, 2008, with attached "Dear Legislative Leaders" letter | | | |
| 2024 | | "Dear Legislative Leaders" letter from Chris Jankowski | | | |
| 2025 | 12/15/16 | Final REDMAP Report | | | |
| 2026 | | REDMAP 2012 Summary Report | | | |
| 2027 | | REDMAP Political Report: Final Report | | | |
| 2028 | | 2012: RSLC Year in Review | | | |
| 2029 | | 2012 Cycle Redistricting Budget | | | |
| 2030 | 01/24/11 | What I've Learned about Redistricting The Hard Way! January 24, 2011 PowerPoint slides | | | |
| 2031 | 05/21/12 | E-mail re: TBH Travel to Raleigh May 21, 2012 | | | |
| 2032 | | 2011 Geographic Strategies invoices to Ogletree Deakins | | | |
| 2033 | 02/24/12 | E-mail to Matt Walter from Chris Jankowski, February 24, 2012, Subject: RNC and redistricting with attached Request for Payment and invoices for Geographic Strategies | | | |
| 2034 | | **WITHDRAWN** | | | |
| 2035 | 01/17/14 | Expert Report of Thomas B. Hofeller, Ph.D., *Harris v McCrory* | | | |
| 2036 | 06/04/15 | Second Expert Report of Thomas B. Hofeller, Ph.D., *Harris v McCrory* | | | |
| 2037 | | **WITHDRAWN** | | | |
| 2038 | | Proposed 10-3 Map | | | **ADMITTED** per Court's 10/4/17 pretrial order (Dkt. 89) |
| 2039 | | 2016 Redistricting Database Field Key | | | **ADMITTED** per Court's 10/4/17 pretrial order (Dkt. 89) |

**COMMON CAUSE, et al. v. RUCHO, et al.**
**Case No. 1:16-cv-1026**
**and**
**LEAGUE OF WOMEN VOTERS, et al. v. RUCHO**
**Case No. 1:16-cv-1164**

## JOINT PLAINTIFFS' EXHIBIT LIST

| Exhibit No. | Date | Document Description | Defendants' Objections | Witness | Admitted Y/N |
|---|---|---|---|---|---|
| 2040 | 12/16/16 | Session Law 2016-125, Senate Bill 4 | | | **ADMITTED** per Court's 10/4/17 pretrial order (Dkt. 89) |
| 2041 | | Letter from Robin Hayes, RSLC | | | **ADMITTED** per Court's 10/4/17 pretrial order (Dkt. 89) |
| 2042 | 01/11/17 | Article: "Legislators Meet; Coalition Calls for Redistricting | | | **ADMITTED** per Court's 10/4/17 pretrial order (Dkt. 89) |
| 2043 | 04/24/17 | Defendants' Responses and Objections to Plaintiffs' First Set of Requests for Admission | | | **ADMITTED** per Court's 10/4/17 pretrial order (Dkt. 89) |
| 2044 | 05/06/14 | Thomas Hofeller Deposition Transcript in Harris v. McCrory | | | |
| 2045 | 10/14/15 | Thomas Hofeller Trial Testimony in Harris v. McCrory | | | |
| 2046 | 12/02/16 | Defendants' Responses to Plaintiffs' First Set of Interrogatories and Requests for Production of Documents | | | |
| 2047 | 11/28/16 | Defendants Rule 26(a) Initial Disclosures | | | **ADMITTED** per Court's 10/4/17 pretrial order (Dkt. 89) |