# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| COMMON CAUSE, et al., <br><br> Plaintiffs, <br> v. <br><br> ROBERT A. RUCHO, in his official capacity as Chairman of the North Carolina Senate Redistricting Committee for the 2016 Extra Session and Co-Chairman of the Joint Select Committee on Congressional Redistricting, et al., <br><br> Defendants. | No. 1:16-CV-1026 |
| LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA, et al., <br><br> Plaintiffs, <br> v. <br><br> ROBERT A. RUCHO, in his official capacity as Chairman of the North Carolina Senate Redistricting Committee for the 2016 Extra Session and Co-Chairman of the Joint Select Committee on Congressional Redistricting, et al., <br><br> Defendants. | No. 1:16-CV-1164 |

## Order

Legislative Defendants have filed a motion to stay (the "Motion") this Court's

January 9, 2018, Memorandum Opinion, ECF No. 118 (the "Order"), invalidating North

1

Carolina's 2016 congressional redistricting plan as a partisan gerrymander. Leg. Defs.' Emerg. Mot. to Stay Pending S. Ct. Rev. & Request for Exp. Rul'g, Jan. 11, 2018, ECF No. 119. Plaintiffs and State Defendants are directed to file any response to the Motion on or before 5 p.m. on January 16, 2018. Defendants' obligations under the Order remain in effect during the pendency of this Motion.

Entered on behalf of the Court, this 11th day of January, 2018.