IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| COMMON CAUSE, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION |
| ROBERT A. RUCHO, in his official capacity as Chairman of the North Carolina Senate Redistricting Committee for the 2016 Extra Session and Co-Chairman of the Joint Select Committee on Congressional Redistricting, *et al.*, | ) | NO. 1:16-CV-1026-WO-JEP |
| | ) | |
| | ) | THREE-JUDGE COURT |
| Defendants. | ) | |

| | | |
|---|---|---|
| League of Women Voters of North Carolina, *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION |
| Robert A. Rucho, in his official capacity as Chairman of the North Carolina Senate Redistricting Committee for the 2016 Extra Session and Co-Chairman of the 2016 Joint Select Committee on Congressional Redistricting, *et al.,* | ) | NO. 1:16-CV-1164-WO-JEP |
| | ) | |
| | ) | THREE-JUDGE COURT |
| Defendants. | ) | |

Defendants Robert A. Rucho, David R. Lewis, Philip E. Berger, and Timothy K. Moore ("legislative defendants") in the above-captioned consolidated actions hereby give notice of their appeal to the Supreme Court of the United States from the Memorandum

Opinion and associated Order [D.E. 118 in Case No. 1:16-cv-1026 & D.E. 116 in Case No. 1:16-cv-1164] entered by the Court on January 9, 2018.

This appeal is taken under 28 U.S.C. § 1253.

Respectfully submitted this 11th day of January, 2018.

        OGLETREE, DEAKINS, NASH
        SMOAK & STEWART, P.C.

        /s/ Phillip J. Strach
        Phillip J. Strach
        N.C. State Bar No. 29456
        Michael D. McKnight
        N.C. State Bar No. 36932
        phil.strach@ogletreedeakins.com
        michael.mcknight@ogletreedeakins.com
        4208 Six Forks Road, Suite 1100
        Raleigh, North Carolina 27609
        Telephone: (919) 787-9700
        Facsimile: (919) 783-9412
        *Counsel for Legislative Defendants*

# CERTIFICATE OF SERVICE

It is hereby certified that the foregoing **NOTICE OF APPEAL** has been electronically filed with the Clerk of Court using the CM/ECF system which will provide electronic notification of the same to the following:

Edwin M. Speas, Jr.
Carolina P. Mackie
Poyner Spruill LLP
P.O. Box 1801 (27602-1801)
301 Fayetteville St., Suite 1900
Raleigh, NC  27601
espeas@poynerspruill.com
cmackie@poymerspruill.com
*Attorneys for Common Cause Plaintiffs*

Gregory L. Diskant
Susan Millenky
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036
gldiskant@pbwt.com
smillenky@pbwt.com
*Attorneys for Common Cause Plaintiffs*

Emmet J. Bondurant
Jason J. Carter
Benjamin W. Thorpe
Bondurant, Mixson & Elmore, LLP
1201 W. Peachtree Street, NW, Suite 3900
Atlanta, Georgia 30309
bondurant@bmelaw.com
carter@bmelaw.com
bthorpe@bmelaw.com
*Attorneys for Common Cause Plaintiffs*

Alexander McC. Peters
Senior Deputy Attorney General
N.C. Department of Justice
P.O. Box 629
Raleigh, NC  27602

Allison Riggs
SOUTHERN COALITION FOR SOCIAL
JUSTICE
1415 W. HWY. 54, STE. 101
DURHAM, NC 27707
Email: emily@southerncoalition.org
Email: anita@southerncoalition.org
*Attorneys for League of Women Voters of North Carolina Plaintiffs*

Danielle M. Lang
CAMPAIGN LEGAL CENTER
1411 K STREET NW
SUITE 1400
WASHINGTON, DC 20005
202-736-2200
Fax: 202-736-2222
Email: dlang@campaignlegalcenter.org
*Attorneys for League of Women Voters of North Carolina Plaintiffs*

Annabelle E. Harless
Ruth M. Greenwood
CAMPAIGN LEGAL CENTER
73 W. MONROE ST., STE. 322
CHICAGO, IL 60603
312-561-5508
Fax: 202-736-2222
Email: aharless@campaignlegalcenter.org
*Attorneys for League of Women Voters of North Carolina Plaintiffs*

Nicholas O. Stephanopoulos
UNIVERSITY OF CHICAGO LAW
SCHOOL
1111 E 60TH STREET
CHICAGO, IL 60637
773-702-4226
Email: nsteph@uchicago.edu\
*Attorneys for League of Women Voters of North Carolina Plaintiffs*

This the 11th day of January, 2018.

OGLETREE, DEAKINS, NASH
SMOAK & STEWART, P.C.

/s/ Phillip J. Strach
Phillip J. Strach

32593982.1