# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA, *et al.*, | |
| Plaintiffs, | |
| v. | CIVIL ACTION NO. 1:16-CV-1164 |
| ROBERT A. RUCHO, in his official capacity as Chairman of the North Carolina Senate Redistricting Committee for the 2016 Extra Session and Co-Chairman of the 2016 Joint Select Committee on Congressional Redistricting, *et al.*, | THREE-JUDGE COURT |
| Defendants. | |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE of the following change in the address of Annabelle E. Harless as counsel of record for the plaintiffs, League of Women Voters of North Carolina et al., in the above captioned civil action. Ms. Harless will continue to represent the plaintiffs. Her updated address is as follows:

Annabelle E. Harless
CAMPAIGN LEGAL CENTER
73 W. Monroe St., Ste. 302
Chicago, IL 60603
(312) 561-5508
aharless@campaignlegalcenter.org

Respectfully submitted the 6th day of July, 2018.

/s/ Annabelle E. Harless
Annabelle E. Harless
CAMPAIGN LEGAL CENTER
73 W. Monroe St., Ste. 302
Chicago, IL 60603
(312) 561-5508
aharless@campaignlegalcenter.org

**CERTIFICATE OF SERVICE**


       I certify that I have this day filed the foregoing Notice of Change of Address with the Clerk of Court using the CM/ECF system, which will automatically send an electronic copy to all attorneys of record.

       This 6th day of July, 2018.


                                    */s/ Annabelle E. Harless*
                                      Annabelle E. Harless

                                      *Counsel for League Plaintiffs*