# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

June 25, 2018

Scott S. Harris
Clerk of the Court
(202) 479-3011



Clerk
United States District Court for the Middle District
of North Carolina
324 W. Market Street, Room 401
Greensboro, NC 27401

Re: Robert A. Rucho, et al.
v. Common Cause, et al.
No. 17-1295
(Your No. 1:16-CV-1026, 1:16-CV-1164)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The judgment is vacated, and the case is remanded to the United States District Court for the Middle District of North Carolina for further consideration in light of *Gill* v. *Whitford*, 585 U. S. ___ (2018).

Sincerely,

Scott S. Harris, Clerk