IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| COMMON CAUSE, *et al.*,<br><br>PLAINTIFFS,<br><br>v.<br><br>ROBERT A. RUCHO, in his official capacity as Chairman of the North Carolina Senate Redistricting Committee for the 2016 Extra Session and Co-Chairman of the Joint Select Committee on Congressional Redistricting, *et al.*,<br><br>DEFENDANTS. | CIVIL ACTION<br>NO. 1:16-CV-1026-WO-JEP<br><br>THREE-JUDGE COURT |

## NOTICE OF FILING

Plaintiffs hereby give notice of filing the attached exhibit as a clarification to the July 11, 2018 Supplemental Declaration of Jowei Chen that was originally included with the Brief of the *Common Cause* Plaintiffs filed on July 11, 2018.

In the course of producing the data files associated with that supplemental declaration, Dr. Chen identified a reporting error in the written paragraph describing Plaintiff Russell Walker. As explained in the sworn clarification attached hereto as Exhibit A, his description with respect to one of the *Common Cause* Plaintiffs was inaccurately stated in the written paragraph, but correctly reported in Figures 2 and 4 of the July 11 Supplemental Declaration and as shown by the underlying data, which was produced to Defendants (along with the clarification attached hereto) on July 19, 2018.

As Dr. Chen's supplemental declaration has already been filed with the Court, the *Common Cause* Plaintiffs felt it appropriate to similarly file the clarification. Consistent with this Court's order of July 16, 2018, Dr. Chen will be deposed regarding his supplemental declaration (and, if necessary, this clarification) in Raleigh on July 30, 2018.

Respectfully submitted, this 24th day of July, 2018.

/s/ Edwin M. Speas, Jr.
Edwin M. Speas, Jr.
North Carolina Bar No. 4112
Steven B. Epstein
North Carolina Bar No. 17396
Caroline P. Mackie
North Carolina Bar No. 41512
POYNER SPRUILL LLP
301 Fayetteville Street, Suite 1900
Raleigh, North Carolina 27601
espeas@poynerspruill.com
sepstein@poynerspruill.com
cmackie@poynerspruill.com

/s/ Emmet J. Bondurant
Emmet J. Bondurant
Georgia Bar No. 066900
Jason J. Carter
Georgia Bar No. 141669
Benjamin W. Thorpe
Georgia Bar No. 874911
BONDURANT, MIXSON & ELMORE, LLP
1201 W. Peachtree Street, NW, Suite 3900
Atlanta, Georgia 30309
Telephone (404) 881-4100
Facsimile (404) 881-4111
bondurant@bmelaw.com
carter@bmelaw.com
bthorpe@bmelaw.com

/s/ Gregory L. Diskant
Gregory L. Diskant
New York Bar No. 1047240
Peter A. Nelson
New York Bar No. 4575684
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2000
Facsimile: (212) 336-2222
gldiskant@pbwt.com
pnelson@pbwt.com

*Counsel for the* **Common Cause** *Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record.

This the 24th day of July, 2018.

/s/ Edwin M. Speas, Jr.
Edwin M. Speas, Jr.
