# EXHIBIT "A"

**Clarification Regarding Paragraph Describing Plaintiff Russell Walker
In July 11, 2018 Supplemental Declaration of Jowei Chen.**

On July 11, 2018, I issued a supplemental declaration in connection with my earlier expert report in this litigation. This supplemental declaration included the following paragraph on page 9:

> Plaintiff Russell Walker resides in Congressional District 3 of the Enacted 2016 Plan, and this enacted district has a 53.7% Republican vote share, as measured by the Hofeller formula. In Simulation Set 1, 1,000 of 1,000 simulated plans (100%) placed this plaintiff into a more Democratic-leaning district, as measured by the Hofeller formula. In Simulation Set 2, 1,000 of 1,000 simulated plans (100%) placed this plaintiff into a more Democratic-leaning district, as measured by the Hofeller formula.

Upon reviewing for production the data and code associated with the declaration, I noticed that the numbers reported in the aforementioned paragraph regarding Plaintiff Walker differed slightly from the data revealed by Figures 2 and 4 on pages 4 and 6 of the July 11 Supplemental Declaration and its underlying data files. As shown by these two Figures and by the code and data files produced to defendants, the paragraph regarding Plaintiff Walker should have read as follows:

> Plaintiff Russell Walker resides in Congressional District 3 of the Enacted 2016 Plan, and this enacted district has a 53.7% Republican vote share, as measured by the Hofeller formula. In Simulation Set 1, 951 of 1,000 simulated plans (95.1%) placed this plaintiff into a more Democratic-leaning district, as measured by the Hofeller formula. In Simulation Set 2, 847 of 1,000 simulated plans (84.7%) placed this plaintiff into a more Democratic-leaning district, as measured by the Hofeller formula.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

This 19th day of July, 2018.

*/s/ Jowei Chen*
Jowei Chen