# Supreme Court of the United States

No. 17-1295

ROBERT A. RUCHO, ET AL.,

Appellants

v.

COMMON CAUSE, ET AL.

ON APPEAL from the United States District Court for the Middle District of North Carolina.

THIS CAUSE having been submitted on the statement as to jurisdiction and the motions to dismiss.

ON CONSIDERATION WHEREOF, it is ordered and adjudged by this Court that the judgment of the above court is vacated with costs, and the case is remanded to the United States District Court for the Middle District of North Carolina for further consideration in light of *Gill* v. *Whitford*, 585 U. S. ___ (2018).

IT IS FURTHER ORDERED that the appellants Robert A. Rucho, et al. recover from Common Cause, et al., Three Hundred Dollars ($300.00) for costs herein expended.

June 25, 2018

Clerk's Costs: $300.00



A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States