# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| COMMON CAUSE, *et al.*, <br><br> PLAINTIFFS, <br><br> v. <br><br> ROBERT A. RUCHO, in his official capacity as Chairman of the North Carolina Senate Redistricting Committee for the 2016 Extra Session and Co-Chairman of the Joint Select Committee on Congressional Redistricting, *et al.*, <br><br> DEFENDANTS. | CIVIL ACTION <br> NO. 1:16-CV-1026-WO-JEP <br><br> THREE-JUDGE COURT |
| LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA, *et al.,* <br><br> PLAINTIFFS, <br><br> v. <br><br> ROBERT A. RUCHO, in his official capacity as Chairman of the North Carolina Senate Redistricting Committee for the 2016 Extra Session and Co-Chairman of the 2016 Joint Select Committee on Congressional Redistricting, *et al.,* <br><br> DEFENDANTS. | CIVIL ACTION <br> NO. 1:16-CV-1164-WO-JEP <br><br> THREE JUDGE COURT |

## JOINT NOTICE REGARDING POTENTIAL SPECIAL MASTER

Pursuant to this Court's instructions on August 27, 2018, ECF 142 in 1:16-cv-1026 and ECF 141 in 1:16-cv-1164, Joint Plaintiffs (Common Cause Plaintiffs and LWV

1592959.1

1

Plaintiffs), State Defendants and Legislative Defendants notify the Court that the parties were unable to agree upon three names of individuals qualified to serve as special master. Joint Plaintiffs and Legislative Defendants conferred and submitted names to one another (with Legislative Defendants stating that they did so subject to their objections regarding the propriety of any order appointing a special master) but were unable to reach agreement on those names. The State Defendants took no position but indicated a willingness to agree to any names agreed to by the other parties.

Respectfully submitted, this 29th day of August, 2018.

/s/ Allison J. Riggs
Allison J. Riggs (State Bar # 40028)
Jaclyn Maffetore (State Bar # 50849)
Jeffrey Loperfido (State Bar #52939)
SOUTHERN COALITION FOR SOCIAL JUSTICE
1415 Highway 54, Suite 101
Durham, NC 27707
Telephone: 919-323-3380 ext. 115
Facsimile: 919-323-3942
allisonriggs@southerncoalition.org
jaclynmaffetore@southerncoalition.org

/s/ Paul M. Smith
Paul M. Smith
CAMPAIGN LEGAL CENTER
1411 K Street NW, Suite 1400
Washington, DC 20005
(202) 736-2200
psmith@campaignlegalcenter.org

/s/ Ruth M. Greenwood
Ruth M. Greenwood
Annabelle E. Harless
CAMPAIGN LEGAL CENTER
73 W. Monroe St, Suite 322

Chicago, IL 60603
(312) 561-5508
rgreenwood@campaignlegalcenter.org
aharless@campaignlegalcenter.org

/s/ Nicholas O. Stephanopoulos
Nicholas O. Stephanopoulos
UNIVERSITY OF CHICAGO LAW SCHOOL
1111 E 60th St.
Chicago, IL 60637
(773) 702-4226
nsteph@uchicago.edu

*Counsel for the* **League of Women Voters of North Carolina** *Plaintiffs*

/s/ Edwin M. Speas, Jr.
Edwin M. Speas, Jr.
North Carolina Bar No. 4112
Steven B. Epstein
North Carolina Bar No. 17396
Caroline P. Mackie
North Carolina Bar No. 41512
POYNER SPRUILL LLP
301 Fayetteville Street, Suite 1900
Raleigh, North Carolina 27601
espeas@poynerspruill.com
sepstein@poynerspruill.com
cmackie@poynerspruill.com

/s/ Emmet J. Bondurant
Emmet J. Bondurant
Georgia Bar No. 066900
Jason J. Carter
Georgia Bar No. 141669
Benjamin W. Thorpe
Georgia Bar No. 874911
BONDURANT, MIXSON & ELMORE, LLP
1201 W. Peachtree Street, NW, Suite 3900
Atlanta, Georgia 30309
Telephone (404) 881-4100
Facsimile (404) 881-4111

3

bondurant@bmelaw.com
carter@bmelaw.com
bthorpe@bmelaw.com

/s/ Gregory L. Diskant
Gregory L. Diskant
New York Bar No. 1047240
Peter A. Nelson
New York Bar No. 4575684
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2000
Facsimile: (212) 336-2222
gldiskant@pbwt.com
pnelson@pbwt.com

*Counsel for the* **Common Cause** *Plaintiffs*

NORTH CAROLINA DEPARTMENT OF JUSTICE

/s/ Alexander M. Peters
Alexander M. Peters
Special Deputy Attorney General
Office of the Attorney General
P.O. Box 629
Raleigh, NC 27602
apeters@ncdoj.gov

*Counsel for State Defendants*

OGLETREE, DEAKINS, NASH SMOAK & STEWART, P.C.

/s/ Phillip J. Strach
Phillip J. Strach
N.C. State Bar No. 29456
Michael D. McKnight
N.C. State Bar No. 36932
phil.strach@ogletreedeakins.com
michael.mcknight@ogletreedeakins.com

4

4208 Six Forks Road, Suite 1100
Raleigh, North Carolina 27609
Telephone: (919) 787-9700
Facsimile: (919) 783-9412

*Counsel for Legislative Defendants*

5

# CERTIFICATE OF SERVICE

      I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel and parties of record.

      This the 27th day of August, 2018.

                                        /s/ Allison J. Riggs
                                        Allison J. Riggs