# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| COMMON CAUSE, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ROBERT A. RUCHO, in his official ) <br> capacity as Chairman of the North ) <br> Carolina Senate Redistricting ) <br> Committee for the 2016 Extra Session ) <br> and Co-Chairman of the Joint Select ) <br> Committee on Congressional ) <br> Redistricting, *et al.*, ) <br> ) <br> Defendants. ) | CIVIL ACTION <br> NO. 1:16-CV-1026-WO-JEP <br><br> THREE-JUDGE COURT |
| League of Women Voters of North ) <br> Carolina, *et al.,* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> Robert A. Rucho, in his official capacity ) <br> as Chairman of the North Carolina ) <br> Senate Redistricting Committee for the ) <br> 2016 Extra Session and Co-Chairman of ) <br> the 2016 Joint Select Committee on ) <br> Congressional Redistricting, *et al.,* ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION <br> NO. 1:16-CV-1164-WO-JEP <br><br> THREE-JUDGE COURT |

**LEGISLATIVE DEFENDANTS' EMERGENCY MOTION TO STAY PENDING SUPREME COURT REVIEW AND REQUEST FOR EXPEDITED RULING**

1

Legislative defendants respectfully move this Court to stay its Memorandum Opinion and associated Order ("Order") entered August 27, 2018 (D.E. 142 in Case No. 16-1026) for the reasons stated in the contemporaneously filed Memorandum in Support of Motion to Stay and in Response to Court's Order of August 27, 2018. Because of the exigent nature of the circumstances, legislative defendants request a ruling on this motion no later than Tuesday, September 4, 2018 so that legislative defendants can immediately seek relief in the United States Supreme Court if necessary.

WHEREFORE, the Court should stay its Order in this case pending Supreme Court review.

Respectfully submitted this 31st day of August, 2018.

OGLETREE, DEAKINS, NASH
SMOAK & STEWART, P.C.

/s/ Phillip J. Strach
Phillip J. Strach
N.C. State Bar No. 29456
Michael D. McKnight
N.C. State Bar No. 36932
phil.strach@ogletreedeakins.com
michael.mcknight@ogletreedeakins.com
4208 Six Forks Road, Suite 1100
Raleigh, North Carolina 27609
Telephone: (919) 787-9700
Facsimile: (919) 783-9412
*Counsel for Legislative Defendants*

# CERTIFICATE OF SERVICE

I, Phillip J. Strach, hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will provide electronic notification of the same to the following:

Edwin M. Speas, Jr.
Carolina P. Mackie
Poyner Spruill LLP
P.O. Box 1801 (27602-1801)
301 Fayetteville St., Suite 1900
Raleigh, NC 27601
espeas@poynerspruill.com
cmackie@poymerspruill.com
*Attorneys for Common Cause Plaintiffs*

Gregory L. Diskant
Susan Millenky
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036
gldiskant@pbwt.com
smillenky@pbwt.com
*Attorneys for Common Cause Plaintiffs*

Emmet J. Bondurant
Jason J. Carter
Benjamin W. Thorpe
Bondurant, Mixson & Elmore, LLP
1201 W. Peachtree Street, NW, Suite 3900
Atlanta, Georgia 30309
bondurant@bmelaw.com
carter@bmelaw.com
bthorpe@bmelaw.com
*Attorneys for Common Cause Plaintiffs*

Alexander McC. Peters
Senior Deputy Attorney General
N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602

Allison Riggs
SOUTHERN COALITION FOR SOCIAL JUSTICE
1415 W. HWY. 54, STE. 101
DURHAM, NC 27707
Email: emily@southerncoalition.org
Email: anita@southerncoalition.org
*Attorneys for League of Women Voters of North Carolina Plaintiffs*

Danielle M. Lang
CAMPAIGN LEGAL CENTER
1411 K STREET NW
SUITE 1400
WASHINGTON, DC 20005
202-736-2200
Fax: 202-736-2222
Email: dlang@campaignlegalcenter.org
*Attorneys for League of Women Voters of North Carolina Plaintiffs*

Annabelle E. Harless
Ruth M. Greenwood
CAMPAIGN LEGAL CENTER
73 W. MONROE ST., STE. 322
CHICAGO, IL 60603
312-561-5508
Fax: 202-736-2222
Email: aharless@campaignlegalcenter.org
*Attorneys for League of Women Voters of North Carolina Plaintiffs*

Nicholas O. Stephanopoulos
UNIVERSITY OF CHICAGO LAW SCHOOL
1111 E 60TH STREET
CHICAGO, IL 60637
773-702-4226
Email: nsteph@uchicago.edu\
*Attorneys for League of Women Voters of North Carolina Plaintiffs*

This the 31st day of August, 2018.

        OGLETREE, DEAKINS, NASH
        SMOAK & STEWART, P.C.

        /s/ Phillip J. Strach
        Phillip J. Strach

35438398.1