# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| COMMON CAUSE, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action |
| ROBERT A. RUCHO, in his official | ) | No. 1:16-CV-1026-WO-JEP |
| capacity as Chairman of the North Carolina | ) | |
| Senate Redistricting Committee for the | ) | Three-Judge Court |
| 2016 Extra Session and Co-Chairman of the | ) | |
| Joint Select Committee on Congressional | ) | |
| Redistricting, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| League of Women Voters of North Carolina, *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action |
| Robert A. Rucho, in his official capacity as | ) | No. 1:16-Cv-1164-wo-jep |
| Chairman of the North Carolina Senate | ) | |
| Redistricting Committee for the 2016 Extra | ) | Three Judge Court |
| Session and Co-Chairman of the 2016 Joint | ) | |
| Select Committee on Congressional | ) | |
| Redistricting, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

**RESPONSE OF THE STATE DEFENDANTS TO LEGISLATIVE DEFENDANTS'
EMERGENCY MOTION TO STAY PENDING SUPREME COURT REVIEW AND
REQUEST FOR EXPEDITED RULING**

Pursuant to Local Rule 7.2 and the Court's September 5, 2018 Order, ECF No. 150,[1] Defendants Andy Penry, in his official capacity as Chairman of the North Carolina Bipartisan State Board of Elections and Ethics Enforcement (the "State Board"); the State Board; the State of North Carolina and Governor Roy Cooper hereby respond to the Legislative Defendants' Emergency Motion to Stay Pending Supreme Court Review and Request for Expedited Ruling, ECF No. 145 (the "Motion").[2]

The State takes no position on the Motion, but it believes that a swift decision would advance the public interest.

The State Board takes no position on the Motion. The State Board staff stands ready and willing to assist the Court by providing any information the Court finds necessary or helpful.

The Governor takes no position on the Motion, but believes that the Court should redraw North Carolina's congressional maps.

---

[1] Citations to ECF document numbers herein refer to the document numbers in *Common Cause et al. v. Rucho et al.*, No. 1:16-CV-1026.

[2] "Legislative Defendants" consist of the following co-defendants in these consolidated matters: Senator Robert Rucho, in his official capacity as co-chair of the Joint Select Committee on Congressional Redistricting (the "Committee"); Representative David Lewis, in his official capacity as co-chair of the Committee; Timothy K. Moore, in his official capacity as Speaker of the North Carolina House of Representatives; and Philip E. Berger, in his official capacity as President Pro Tempore of the North Carolina Senate.

Respectfully submitted, this 5th day of September, 2018.

                                          NORTH CAROLINA DEPARTMENT OF JUSTICE

                                        By: /s/ Alexander McC. Peters
Alexander McC. Peters
Senior Deputy Attorney General
N.C. State Bar No. 13654
apeters@ncdoj.gov
James Bernier, Jr.
Special Deputy Attorney General
N.C. State Bar No. 45869
jbernier@ncdoj.gov
N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602
Telephone: (919) 716-6900
Facsimile: (919) 716-6763
*Counsel for Defendants*

# CERTIFICATE OF SERVICE

I, Alexander McC. Peters, hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will provide electronic notification of the same to the following:

Edwin M. Speas, Jr.
Carolina P. Mackie
Poyner Spruill LLP
P.O. Box 1801 (27602-1801)
301 Fayetteville St., Suite 1900
Raleigh, NC  27601
espeas@poynerspruill.com
cmackie@poymerspruill.com
*Attorneys for Plaintiffs*

Emmet J. Bondurant
Jason J. Carter
Benjamin W. Thorpe
Bondurant, Mixson & Elmore, LLP
1201 W. Peachtree Street, NW, Suite 3900
Atlanta, Georgia 30309
bondurant@bmelaw.com
carter@bmelaw.com
bthorpe@bmelaw.com
*Attorneys for Plaintiffs*

Gregory L. Diskant
Susan Millenky
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036
gldiskant@pbwt.com
smillenky@pbwt.com
*Attorneys for Plaintiffs*

Phillip J. Strach
Michael D. McKnight
4208 Six Forks Road, Suite 1100
Raleigh, North Carolina 27609
phil.strach@ogletreedeakins.com
michael.mcknight@ogletreedeakins.com
*Attorneys for Legislative Defendants*

Dated: September 5, 2018

/s/ Alexander McC. Peters
Alexander McC. Peters
North Carolina State Bar No. 13654
Special Deputy Attorney General
North Carolina Department of Justice
P.O. Box 629
Raleigh, NC 27602
Tel: (919) 716-6900
Fax: (919) 716-6763
apeters@ncdoj.gov