Supreme Court of the United States
Office of the Clerk
Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 3, 2018

Clerk
United States District Court for the Middle District
of North Carolina
324 W. Market Street, Room 401
Greensboro, NC  27401

      Re:  Robert A. Rucho, et al.
           v. Common Cause, et al.
           No. 18-422
           (Your No. 1:16-CV-1026)

Dear Clerk:

    An appeal in the above-entitled case was filed in this Court October 1, 2018 and placed on the docket October 3, 2018, as No. 18-422.

                                       Sincerely,

                                       Scott S. Harris, Clerk

                                       by

                                       Michael Duggan
                                       Case Analyst