# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

January 8, 2019

Clerk
United States District Court for the Middle District
of North Carolina
324 W. Market Street, Room 401
Greensboro, NC 27401

    Re: Robert A. Rucho, et al.
        v. Common Cause, et al.
        No. 18-422
        (Your No. 1:16-CV-1026)

Dear Clerk:

The Court has entered the following order in the above-entitled case:

Further consideration of the question of jurisdiction is postponed to the hearing of the case on the merits. The case will be set for argument in the March argument session.

Sincerely,

*Scott S. Harris*

Scott S. Harris, Clerk