# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

July 29, 2019

Clerk
United States District Court
  for the Middle District of North Carolina
324 W. Market Street
Greensboro, NC 27401-2544

      Re:  Robert A. Rucho, et al.
           v. Common Cause, et al.,
           No. 18-422 (Your docket No. 1:16-CV-1026)

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                                          Sincerely,

                                          SCOTT S. HARRIS, Clerk

                                          By  /s/ Hervé Bocage

                                          Hervé Bocage
                                          Judgments/Mandates Clerk

Enc.
cc:    All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

July 29, 2019

Mr. Paul D. Clement, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, NW
Washington, D. C. 20005

    Re:   Robert A. Rucho, et al.
           v. Common Cause, et al.,
           No. 18-422

Dear Mr. Clement:

    Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk, United States District Court for the Middle District of North Carolina.

    The appellants are given recovery of costs in this Court as follows:

| | |
|---|---:|
| **Printing of record:** | $11,905.78 |
| **Clerk's costs:** | 300.00 |
| **Total:** | $12,205.78 |

    This amount may be recovered from the appellees.

                                     Sincerely,

                                     SCOTT S. HARRIS, Clerk

                                     By /s/ Herve' Bocage
                                     Herve' Bocage
                                     Judgments/Mandates Clerk

cc:     Clerk, United States District Court
        for the Middle District of North Carolina
            (Your docket No. 1:16-CV-1026)

# Supreme Court of the United States

No. 18-422

**ROBERT A. RUCHO, ET AL.,**

                            Appellants

v.

**COMMON CAUSE, ET AL.**

**ON APPEAL** from the United States District Court for the Middle District of North Carolina.

**THIS CAUSE** having been submitted on the statement as to jurisdiction and the motions to affirm.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is vacated with costs, and the case is remanded to the United States District Court for the Middle District of North Carolina with instructions to dismiss for lack of jurisdiction.

**IT IS FURTHER ORDERED** that the appellants Robert A. Rucho, et al. recover from Common Cause, et al., Twelve Thousand Two Hundred and Five Dollars and Seventy-eight Cents ($12,205.78) for costs herein expended.

                            June 27, 2019

| | |
|---|---|
| **Printing of record:** | $11,905.78 |
| **Clerk's costs:** | 300.00 |
| **Total:** | $12,205.78 |

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States