IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
COMMON CAUSE, et al.,             )
                                  )
          Plaintiffs,             )
                                  )
     v.                           )      1:16CV1026
                                  )
ROBERT A. RUCHO, in his           )
official capacity as Chairman     )
of the North Carolina Senate      )
Redistricting Committee for       )
the 2016 Extra Session and        )
Co-Chairman of the Joint Select   )
Committee on Congressional        )
Redistricting, et al.,            )
                                  )
          Defendants.             )
                                  )
****************************************************************
                                  )
LEAGUE OF WOMEN VOTERS OF         )
NORTH CAROLINA, et al.,           )
                                  )
          Plaintiffs,             )
                                  )
     v.                           )      1:16CV1164
                                  )
ROBERT A. RUCHO, in his           )
official capacity as Chairman     )
of the North Carolina Senate      )
Redistricting Committee for       )
the 2016 Extra Session and        )
Co-Chairman of the 2016 Joint     )
Select Committee on               )
Congressional Redistricting,      )
et al.,                           )
                                  )
          Defendants.             )
```

**ORDER**

The Supreme Court of the United States has vacated the judgment of this court and remanded the case with instructions to dismiss for lack of jurisdiction. In obedience to the mandate of the Supreme Court, this case is **DISMISSED** for lack of jurisdiction.

This the 5th day of September, 2019.

FOR THE COURT:

_/s/ William L. Osteen, Jr._
United States District Judge