IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| COMMON CAUSE, *et al.*,<br><br>PLAINTIFFS,<br><br>v.<br><br>ROBERT A. RUCHO, in his official capacity as Chairman of the North Carolina Senate Redistricting Committee for the 2016 Extra Session and Co-Chairman of the Joint Select Committee on Congressional Redistricting, *et al.*,<br><br>DEFENDANTS. | CIVIL ACTION<br>NO. 1:16-CV-1026-WO-JEP<br><br>THREE-JUDGE PANEL |
| LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA, *et al.*,<br><br>PLAINTIFFS,<br><br>v.<br><br>ROBERT A. RUCHO, in his official capacity as Chairman of the North Carolina Senate Redistricting Committee for the 2016 Extra Session and Co-Chairman of the 2016 Joint Select Committee on Congressional Redistricting, *et al.*,<br><br>DEFENDANTS. | CIVIL ACTION<br>NO. 1:16-CV-1164-WO-JEP<br><br>THREE JUDGE PANEL |

### PLAINTIFFS' JOINT MOTION FOR DISALLOWANCE OF COSTS

Plaintiffs Common Cause et al., and Plaintiffs League of Women Voters of North Carolina, et al., (hereinafter, "Joint Plaintiffs"), by and through undersigned counsel and

pursuant to Local Rule LR 54.1(b)(1), respectfully move for disallowance of costs sought by Legislative Defendants in this matter. As detailed in the brief in support of this motion, Legislative Defendants are not entitled to an award of costs because these cases were dismissed for lack of jurisdiction and, pursuant to 28 U.S.C. § 1919, it would not be "just" to award costs.[1] Even if it decides to award costs, the Court should substantially reduce the award because the Legislative Defendants' Bill of Costs is largely unreasonable and unsupported.

Respectfully submitted, this 18th day of October, 2019.

By: /s/ Allison J. Riggs
    Allison J. Riggs (State Bar # 40028)
    Emily Seawell (State Bar # 50207)
    Southern Coalition for Social Justice
    allisonriggs@southerncoalition.org
    emilyseawell@southerncoalition.org
    1415 Highway 54, Suite 101
    Durham, NC 27707
    Telephone: 919-323-3380 ext. 115
    Facsimile: 919-323-3942

By: /s/ Edwin M. Speas, Jr.
    Edwin M. Speas, Jr.
    North Carolina Bar No. 4112
    Caroline P. Mackie
    North Carolina Bar No. 41512
    POYNER SPRUILL LLP
    301 Fayetteville Street, Suite 1900
    Raleigh, NC 27601
    espeas@poynerspruill.com
    cmackie@poynerspruill.com
    Telephone: 919-783-6400
    Facsimile: 919.783-1075

---

[1] Plaintiffs do not dispute the $12,205.78 in costs awarded by the Supreme Court. This motion for disallowance address only the $29,556.59 in pretrial- and trial-related costs sought by Legislative Defendants.

2

By: /s/ J. Gerald Hebert
J. Gerald Hebert*
Danielle Lang*
Campaign Legal Center
1101 14th St. NW, Ste. 400
Washington, DC 20005
Telephone (202) 736-2200
ghebert@campaignlegalcenter.org
dlang@campaignlegalcenter.org

By: /s/ Annabelle E. Harless
Annabelle E. Harless
Ruth M. Greenwood
Campaign Legal Center
73 W. Monroe St., Ste. 302
Chicago, IL 60603
Telephone: (312) 561-5508
aharless@campaignlegalcenter.org
rgreenwood@campaignlegalcenter.org

By: /s/ Nicholas O. Stephanopoulos
Nicholas O. Stephanopoulos*
University of Chicago Law School
1111 E 60th St.
Chicago, IL 60637
Telephone: (773) 702-4226
nsteph@uchicago.edu

*Counsel for Plaintiffs in League of Women Voters of North Carolina v. Rucho, No. 1:16-cv-1164*

By: /s/ Emmet J. Bondurant
Emmet J. Bondurant
Georgia Bar No. 066900
Jason J. Carter
Georgia Bar No. 141669
BONDURANT, MIXSON & ELMORE, LLP
1201 W. Peachtree Street, NW, Suite 3900
Atlanta, GA 30309
Telephone (404) 881-4100
Facsimile (404) 881-4111
bondurant@bmelaw.com
carter@bmelaw.com

By: /s/ Gregory L. Diskant
Gregory L. Diskant
New York Bar No. 1047240
Peter A. Nelson
New York Bar No. 4575684
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2000
Facsimile: (212) 336-2222
gldiskant@pbwt.com
pnelson@pbwt.com

*Counsel for Plaintiffs in Common Cause v. Rucho, No. 1:16-cv-1026*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel and parties of record.

This the 18th day of October, 2019.

/s/ Allison J. Riggs
Allison J. Riggs